# EXHIBIT 1



eye med®

July 2023

Provider Manual

# Table of Contents

PROVIDER MANUAL UPDATES ................................................................................. 2
INTRODUCTION ................................................................................................. 3
REQUIREMENTS ................................................................................................ 4
PAYMENT ...................................................................................................... 21
CLAIMS ........................................................................................................ 24
SERVICES AND MATERIALS ................................................................................. 34
COMPLIANCE, QUALITY MANAGEMENT AND QUALITY INSURANCE .......................... 58
LAB PROCESSES AND OPERATIONS ...................................................................... 68
CLIENT-SPECIFIC REQUIREMENTS ........................................................................ 76

# PROVIDER MANUAL UPDATES

Updates to the 2023 Provider Manual can be found below.

| Status (New or Addition) | Topic | Summary | Location | Effective Date |
|---|---|---|---|---|
| Addition | Pediatric Vision Benefits | Reimbursement according to Pediatric Vision Benefits fee schedule | Payments for special services | 07/01/2023 |
| New | Low Vision Benefits | Added Computer Vision/VDT benefits | Computer Vision/VDT benefits | 07/01/2023 |
| Addition | Annual training requirements | Updated Compliance training to withing 90 days of hire or contract | Annual training requirements | 07/01/2023 |
| New | Medically Necessary Contact Lenses | Exclusions added | Materials requirements | 07/01/2023 |
| Addition | Provider Audits | Types of audits and scoring- updated | Types of audits and scoring | 07/01/2023 |
| New | DMHC | Review by CA Department of Managed Health Care | CA disputes and appeals | 07/01/2023 |

# INTRODUCTION

This version of the EyeMed Vision Care® Professional Provider Manual supersedes any prior manual you have received from EyeMed. EyeMed reserves the right to revise these policies and procedures at our sole discretion and at any time. All applicable laws and regulations supersede the provisions of this manual. This Provider Manual is confidential and should not be shared with third parties.

# REQUIREMENTS

You're expected to provide certain levels of service and follow rules for interacting with members.

## Participation requirements and responsibilities

### Minimum participation requirements

- **TPA and DEA certification/licensing.** You need to have either a TPA certificate or DEA license, except in Puerto Rico.
  - You can use diagnostic pharmaceutical agents (DPAs) as long as the member's age, condition type and severity and other contributing factors justify it.
  - Use therapeutic pharmaceutical agents (TPAs) as appropriate when a member has a condition that requires them but get the member's consent. You can also refer them to another health care professional as stated in their medical care plan. As with DPAs, document member refusals or referrals.
- **Good standing.** To be eligible for participation on our networks, you have to be in good standing with EssilorLuxottica and all relevant subsidiaries. This includes being current with all financial obligations and complying with all contractual commitments and policies.
- **Professional liability insurance.** Contracted eye care professionals and all affiliated eye care professionals must maintain professional liability insurance in the amount of $1,000,000 per occurrence and $3,000,000 aggregate.
  - In states that have limitations on liability, state law applies.
  - An umbrella policy can meet these requirements.
- **Commercial liability insurance.** You must maintain commercial liability insurance in the amount of $1,000,000 per occurrence and $2,000,000 in aggregate.

### Your responsibilities

- **Full-service locations.** All participating provider locations must offer both exams and materials.
- **Open to new patients.** All locations must accept new patients.
- **Member eligibility and access.** You can't turn away members and must represent yourself as an in-network provider to them. You can't submit claims for out-of-network services on behalf of members if you participate in their network(s).
- **Claims.** Submit all required claims information.
- **Disparagement.** Do not share your concerns/issues about EyeMed publicly. Instead, follow the provider complaints and appeals processes.

- **Information verification.** When EyeMed asks you to report or verify information through our provider website, inFocus, you must report the information timely, accurately and completely. You may be asked to supply signed confirmation.

### Network participation
- **Additional networks.** You may be contracted for specific networks only. You can request participation on other EyeMed networks by completing our online Network Request form.
- **New location requests.** Network policies are at the sole discretion of EyeMed. We'll review requests to add new locations under your Tax ID, even those operated by providers who already participate on the network.
- **Information updates.** You must keep your information up-to-date by using our online form or through our online portal, available at eyemedinfocus.com.
- **Leaving the network.** If you want to opt out of one or more of our networks, complete our online Network Request form.

# Credentialing and recredentialing

Before providers can legally deliver service to members, they must complete credentialing, which verifies that the provider meets our participation requirements. You'll complete recredentialing every 3 years so we can verify the validity of your provider status.

These credentialing and recredentialing requirements apply to all doctors who will provide care to EyeMed members.

### Credentialing and recredentialing overview and requirements
- **Credentialing and recredentialing vendors.** We use the following companies during credentialing and recredentialing:
  - The Council for Affordable Quality Healthcare (CAQH)
    - 888.599.1771
    - 866.293.0414
    - https://proview.caqh.org/Login
    - caqh.udphelp@acgs.com
  - OneHealthPort (Washington only)
    - 855.252.4314 option 1
    - https://www.onehealthport.com/
    - https://onehealthport.formstack.com/forms/contact_us
  - Gemini Diversified Services, a Credentials Verification Organization (CVO)
  - You must ensure your CAQH profile is up to date, as we rely on that information to confirm requirements. You'll verify your information and provide proof of your license, liability insurance and professional certifications to CAQH.
- **Credentialing and recredentialing requirements.** You must meet the below requirements to participate on our network. We'll confirm you meet the criteria during credentialing and re-verify during recredentialing.

Documentation is required for some items as indicated.

| Criteria | Documentation Required | Required for | |
|---|---|---|---|
| | | OD | MD/DO |
| Submission of a complete, signed and dated state-specific application for participation in network | ✓ | ✓ | ✓ |
| Satisfactory work history for prior 5 years with explanation of any gaps of 6 months or more, unless state law requires otherwise<br><br>Recredentialing: 3 years' work history only | | ✓ | ✓ |
| Signed and dated attestation of completeness, accuracy and release of information | ✓ | ✓ | ✓ |
| Valid, unencumbered license in state(s) of practice | ✓ | ✓ | ✓ |
| Minimum professional liability insurance{ XE "insurance" } for all states{ XE "state law" } in which provider practices, as indicated below, or state statutory cap, state regulations or as required by our contractual agreement with plan<br>▸ Optometrist or ophthalmologist – $1 million per occurrence and $3 million aggregate<br>*Requirement can be met with separate umbrella policy.*<br>Puerto Rico requirements align with those in the territory. | ✓ | ✓ | ✓ |
| No exclusion from Medicare{ XE "Medicare" }/Medicaid{ XE "Medicaid" } in the last 5 years | | ✓ | ✓ |
| Not opted out of Medicare/Medicaid | | ✓ | ✓ |
| No conviction of a criminal offense that reasonably calls into question a provider's ability to practice | | ✓ | ✓ |
| No more than a combined total of 3 liability and/or malpractice{ XE "malpractice" } claims resulting in settlements within the last 5 years | | ✓ | ✓ |
| No reported sanctions on the provider's license{ XE "license" } within the last 5 years, excluding advertising violations, soliciting patients door to door, establishing temporary offices and/or delay in reporting continuing education credits | | ✓ | ✓ |
| Operation of all equipment (in clean and working condition) used in the course of patient care and management | | ✓ | ✓ |
| No history of EyeMed chart/site evaluation{ XE "audit" } failures in the past 5 years | | ✓ | ✓ |
| No more than 3 adverse events within the past 3 years | | ✓ | ✓ |
| Practice open to new members | | ✓ | ✓ |
| Graduation from an accredited school or college of optometry (optometrists) or an accepted professional medical{ XE "medical" } or osteopathic school and completion of an accredited residency program in ophthalmology (ophthalmologist) | ✓ | ✓ | ✓ |
| No history of insurance{ XE "insurance" } fraud | | ✓ | ✓ |
| List of other states{ XE "state law" } where provider is or has been licensed, registered or certified | ✓ | ✓ | ✓ |
| Operation of a practice with normal business hours and after-hours coverage | ✓ | ✓ | ✓ |

| Criteria | Documentation Required | Required for | |
|---|---|---|---|
| | | OD | MD/DO |
| No office location subleased from or affiliated with a corporate-owned retail optical chain{ XE "chain" } not accepted in our network (subject to state regulations) | | ✓ | ✓ |
| A valid TPA{ XE "TPA" } Certification and/or DEA{ XE "DEA" } Certification as indicated by state{ XE "state law" } regulations | ✓ | ✓ | |
| A valid DEA{ XE "DEA" } Certification or CDS{ XE "CDS" } Certification as indicated by state regulations | ✓ | | ✓ |
| Demonstrated board certification{ XE "board certification" } (if applicable) | ✓ | | ✓ |

*Abbreviations: OD = optometrist, MD/DO = ophthalmologist. Credentialing does not apply to opticians.*

## Starting the credentialing and recredentialing process

- **Credentialing after contracting.** After completing contracting, we will begin the credentialing process.
- **Credentialing of providers new to your practice.** Use our online form to begin credentialing for new providers in your practice and/or to associate fill-in providers to your practice.
- **Recredentialing notification.** You'll receive a letter and the online claims system will notify you when it's time to begin recredentialing.
- **Verification and documentation.** You will provide all verification and documentation to our credentialing vendors. They may contact you directly to request additional information if needed. Some items require verification from the primary source (for instance, from the school you graduated from).

## Credentialing and recredentialing status and timing

- **Credentialing and recredentialing status.** You'll receive email updates as you move through the process and upon completion. You can also check the status of credentialing or recredentialing on our communications portal, inFocus.
- **Credentialing timing.** Initial credentialing takes up to 45 days.
- **Recredentialing timing.** If your profile is not complete, preventing completion of recredentialing within 90 days, you will be removed from the network.
  - o If you do not provide missing information within the 90 days, you may have to reapply to the network as a new provider.
- **Completing credentialing and recredentialing.** After receiving conformation from our vendors that you meet our requirements, our credentialing committee reviews all providers. You cannot serve EyeMed members UNTIL you are fully credentialed and approved. You'll be notified by email when you can begin seeing members.

## In-network reimbursements during credentialing

- **States allowing in-network reimbursement during credentialing.** State laws in Louisiana (HB 775), Missouri (HB 1682), Virginia (HB 822), Washington (HB 1552), West Virginia (Code § 33-45-2(11)) and Texas (Code 1452) permit doctors to request to be reimbursed at in-network

7

rates while still in the credentialing process. You can refer to the referenced state law for details.

- **Contract requirements.** You or your employer must have a contract in place with EyeMed to receive in-network reimbursements during credentialing.
- **Request for in-network reimbursement during credentialing.** You must submit a request prior to submitting any claims to EyeMed.
  - Your request must include a copy of the following:
    - Your complete, active and current CAQH profile with your CAQH ID#, recently updated Attestation Questionnaire with no history of adverse events (within the last 5 years) and recently updated Information Release form
    - Valid Professional Liability Insurance policy meeting our minimum requirements
    - Valid state license(s)
    - DEA or TPA certifications
    - Proof of Medicare participation
  - Submit your request in writing to credentialing@eyemed.com.
- **Submitting claims before completed credentialing.** If your request is approved, you must submit claims using our hard copy claims process.

**Your rights during credentialing and recredentialing**

- **Right to review information.** You can request to review any information submitted with the application at any time. You can also request a copy of the information received from the CVO.
- **Right to correct erroneous information.** If the information we receive from the CVO differs from what's on the application, we'll contact you. You'll have 15 business days from the date of receipt to respond. This lets you correct any inaccurate information from the CVO submitted by third parties through the primary source verification process.
- **Right to be informed of your application status.** You can request to be informed of the status of your application at any stage of the process. The CVO will respond by phone, fax or email.

# Fill-in doctors

You must arrange for back-up if you'll be out of the office for 7 consecutive days or more. The fill-in doctor must file claims under their own National Provider Identifier (NPI).

- The doctor must be credentialed with EyeMed.
- Use our online form to associate the doctor with your location so claims can be filed.

**Non-credentialed fill-in doctors (Missouri only).** If you wish to have a non-credentialed doctor fill in for you, you must submit a request prior to submitting any claims to EyeMed.

- Your request must include a copy of the following:

- o Your complete, active and current CAQH profile with your CAQH ID#, recently updated Attestation Questionnaire with no history of adverse events (within the last 5 years) and recently updated Information Release form
  - o Valid Professional Liability Insurance policy meeting our minimum requirements
  - o Valid state license(s)
  - o DEA or TPA certifications
  - o Proof of Medicare participation
- Submit your request in writing to [credentialing@eyemed.com](mailto:credentialing@eyemed.com).
- If your request is approved, the fill-in doctor must submit claims using our hard copy claims process.

# Location requirements

Network providers must have a physical location and make sure all offices have the required instruments listed below on-site and in working order. All locations must also meet hygiene and safety measures.

**Required instruments**
- Phoropter or trial lenses
- Visual acuity testing distance and near charts and/or projector
- Retinoscope, autorefractor or wavefront analyzer
- Keratometer/ophthalmometer/ topographer
- Ophthalmoscope: direct and binocular indirect with condensing lens
- Tonometer
- Biomicroscope
- Lensometer
- Color vision testing system
- Stereopsis testing
- Diagnostic pharmaceutical agents within expiration dates

**Office cleanliness requirements**
- **Proper cleaning** of exam rooms, laboratories, dispensing areas, offices and waiting areas.
  - o Use gloves, biohazard disposal receptacles, trash receptacles and office disinfectant to reduce the spread of infection and to ensure safe handling and disposal of medical waste.
  - o Wash hands (in front of the member whenever possible) prior to examining the member and use an alcohol-based hand sanitizer between interactions.
  - o Keep exam lanes, contact lens and eyewear dispensaries and public areas as clean and clear of clutter as possible.
  - o Clean clinical equipment with alcohol wipes in front of the member before each use.
  - o Disinfect diagnostic contact lenses after each use.
- **Pharmaceutical storage.** Store pharmaceuticals in a secure, sanitary place away from food and beverages.

- **Contact lenses, solutions and pharmaceutical expiration.** Discard contact lenses, contact lens solution, diagnostic pharmaceutical agents (DPAs) and therapeutic pharmaceutical agents (TPAs) after their expiration date.
- **Medical waste containers.** Properly secure and maintain medical waste containers.

## Safety and security

- **Environmental safety.** You're required to operate a safe and secure environment. At a minimum, this includes having:
  - Adequate lighting in public area.
  - Safe and secure flooring and fixtures.
  - Hand-held fire extinguishers up to local and state fire codes with current inspection tags.
  - A complete first-aid kit that at minimum includes:
    - Adhesive bandages
    - Adhesive tape
    - Ammonia inhalants
    - Antibiotic ointment
    - Antihistamine
    - Antiseptic towelettes
    - Eye wash solution
    - First-aid/burn cream
    - Latex gloves
    - Pain reliever
    - Scissors
    - Sterile eye pads
    - Sterile gauze pads
  - Medical waste container(s).
  - Any other safety equipment recommended by state or local emergency preparedness ordinances.
- **Prescription pad security.** Keep prescription pads secure at all times.

## Americans with Disabilities Act (ADA)

- You are expected to meet federal and state accessibility standards as defined in the Americans with Disabilities Act of 1990.

## Other location requirements

- **Seating.** Provide adequate seating for patients in your reception area and provide an area that offers privacy and confidentiality for discussion of vision care or health information.
- **Licenses and certifications.** Post your license and certifications in plain sight or make them otherwise available to members per state law.
- **Business hours.** Display and maintain reasonable business hours. If the doctor's hours are different from the dispensary's, post both sets of hours.

# Access to care/emergencies

## Appointment and wait time standards

- **Appointment wait standards.** You must offer non-urgent appointments with EyeMed members within 2 weeks of a request.
- **California requirements.** In California, the following requirements apply:
  - Urgent care appointments (no prior authorization required) must occur within 48 hours or 2 days.
  - Urgent care appointment (prior authorization required) must be made within 96 hours or 4 days.
  - Non-urgent doctor appointments must be scheduled within 15 business days (note that we require appointments within 14 business days).
  - During normal business hours, the wait time for a patient to speak by telephone with a knowledgeable and competent staff person can't exceed 10 minutes.
  - Have (or arrange for) telephone triage or screening services on a 24/7 basis through which patients can get help to determine the urgency of their condition. Patients should receive return calls from this line within a reasonable timeframe, not to exceed 30 minutes.

## After-hours access

- **24-hour phone access.** All offices must have (or arrange for) telephone triage or screening services on a 24/7 basis through which patients can get help to determine the urgency of their condition. Patients should receive return calls from this line within a reasonable timeframe, not to exceed 30 minutes.

## Urgent and emergency care

- **Urgent care services.** You must perform urgent-care services the same day as requested. Refer to the Client-Specific Information section for specific requirements by health plan.
- **Emergency care.** Your location must have referral instructions on hand to give members who have an emergency eye care need outside your scope of practice during your office hours and after hours. In addition, offer after-hours support—via mobile phone, pager or an answering system—to members seeking emergency eye care.
- **Definition of eye care emergency.** We define an eye care emergency as a physical condition involving 1 or both eyes which, if untreated or if treatment is delayed, may reasonably be expected to result in irreversible vision impairment.
- **Examples of eye care emergencies.** Eye care emergencies include the below. Lost or broken eyeglasses or contact lenses, regardless of the strength of the prescription, do not constitute eye care emergencies.
  - Severe eye pain
  - Any penetrating injury to the eye
  - Chemical contact with the eye (particularly alkaline substances)

11

- o Sudden total loss of vision in one or both eyes
- o Sudden loss of vision to a degree that prohibits mobility
- **Emergency eyewear.** If a member has an eye care emergency requiring eyewear, follow our emergency lab process.

# Interacting with members

You must follow the below requirements when interacting with EyeMed members.

## Marketing guidelines
- **Direct marketing.** You can't market directly to clients and their members as it relates to your participation in the network. We don't permit direct contact with members or clients who have not previously received care or purchased eyewear from you.
- **Representation.** You can't represent yourself as an extension of EyeMed to clients and or members in person or in writing (e.g., letters, promotional materials).
- **Sharing of information.** You can't share EyeMed information (e.g., group lists, member lists, group benefits, member benefits) with clients and members outside of individual doctor-patient relationships.
    - o You can't use the list of groups near you on inFocus to promote your practice with clients and members.
- **Inducement.** You can't induce members to seek care from you through gifts, rewards or free items unless legally permitted. Consult your legal counsel for guidance on federal and state anti-kickback regulations.
- **Logo usage.** You can use EyeMed's logo in your marketing and in-office signage according to the terms of the logo usage agreement, which you must complete before using the logo. You can't use client logos, including logos of private-label resellers.

## Pricing and communicating costs
- **Price sheets.** You can't charge members more than you would charge patients who do not have vision care benefits, and you can only use 1 price sheet.
- **Cost transparency.** You must make members aware of their costs when you're providing services that are not covered under their plan.
- **Non-covered services notification.** For all members, a verbal notification is sufficient when their vision benefits don't cover a service or item.
    - o If the member is part of a Medicare plan, do not issue an Advanced Beneficiary Notice (ABN), as these do not apply to Medicare Advantage plans or protect you from liability.

- o In Louisiana, per Senate Bill 271, you must supply a written notification to the member in advance when vision benefits do not cover a service or item.

## Documentation and record-keeping requirements

- **Record retention.** You must secure and retain member records (both clinical and financial) either electronically or in hard copy for the below timeframes:
  - o Adults: 10 years from the date of the last visit or the date of the completion of any audit by the Centers for Medicare and Medicaid (CMS), unless superseded by state law.
  - o Minors: 28 years from the date of birth.
  - o Deceased patients: 6 years from the date of death.
  - o Inactive records are to remain accessible for a period of time that meets state and federal guidelines.
- **Notation of coverage discussion.** Note in the patient file that you had a conversation about what services are and are not covered by the member's vision benefits.
- **Refusal of pharmaceuticals or services.** Document when a member refuses any DPAs, TPAs or services you recommend.
  - o In Virginia, you cannot discriminate against an enrollee due to their status as a litigant in pending litigation or a potential litigant due to being involved in a motor vehicle accident. This does not mean that you will have to treat an enrollee who has threatened to make or has made a professional liability claim against you or your employer, agents, or employees; or has threatened to file or has filed a complaint with a regulatory agency or board against you or your employer, agents, or employees. Any potential violations, without corrective action, might result in the Virginia State Corporation Commission (VSCC) or an enrollee submitting information to the Board of Medicine or the Commissioner of Health for action. You might be levied a fine or cost recovery and face further enforcement action.

## Referrals

- Referrals are not required for routine vision care services provided under our plans.

# Member confidentiality and privacy laws

- **State and federal laws.** You must follow all applicable state and federal laws and regulations restricting unauthorized access, use, destruction and the release of member information that includes Protected Health Information (PHI) (which includes but is not limited to data from our

online claims system), Personally Identifying Information (PII) and credit card data.

- **Member privacy rights.** Members are afforded the privacy rights permitted under HIPAA and other applicable federal, state and local laws and regulations, and applicable contractual requirements.
  - The privacy policy conforms with 45 CFR (Code of Federal Regulations), which provides member privacy rights and places restrictions on uses and disclosures of PHI (§ 164.520, 522, 524, 526, and 528).
- **Member privacy requests.** Members may make requests related to their PHI ("privacy requests") in accordance with federal, state and local law.

# Non–discrimination

- **Non-discrimination laws.** You must comply with all relevant federal and state nondiscrimination provisions.

# Cultural competency and language assistance

You must provide services in a culturally competent manner to all members, including those with Limited English Proficiency (LEP) or reading skills, diverse cultural and ethnic backgrounds, physical and mental abilities and health conditions.

## Cultural competency

- **Cultural respect and service orientation.** Respect and provide services in a manner that meets member cultural preferences and needs.
- **Cultural competency training.** You must complete cultural competency training annually to help all staff members understand how to deliver care across cultures.
  - EyeMed includes cultural competency in the training module that all providers must complete by December 31 of each year. See our Annual Training Requirements section for more details.
- **Cultural competency resources.** The federal Office of Minority Health (OMH) offers information on providing culturally competent services on their website, thinkculturalhealth.hhs.gov. CMS has also developed an online Health Care Language Services Implementation Guide to help your office meet these standards.

## Interpretation and translation requirements

14

- **Reporting of languages spoken.** Report all languages spoken in your office, including American Sign Language (ASL), so we can include this information on our provider directory. You can provide this information in the "Manage My Profile" section of the online claims system.
- **Translation and interpretation of materials.** Provide free oral, ASL and Braille interpretation and/or written translation of your practice materials and service delivery upon member request.
- **Member preferred languages.** Note the patient's preferred languages in your patient documentation so your staff knows to communicate and provide oral and written information in their preferred language.
  - o Use an interpreter, when necessary, to ensure patients understand all options and are able to make informed decisions.
  - o Provide language assistance to members with limited English proficiency.
  - o Call us at 888.581.3648 to access free interpreter services. Normal business hours are from 7:30 a.m. to 11 p.m. ET Monday through Saturday and 11 a.m. to 8 p.m. ET on Sunday.
  - o Members can use their family members as interpreters, but you still need to make them aware interpreter services are available to them. If they do opt for a family member or friend, this shouldn't compromise the effectiveness of the service or violate a member's confidentiality.
  - o Customize, print and make available copies of section 1557 of the Affordable Care Act's Notice of Nondiscrimination and Statement of Nondiscrimination in the most common languages your practice encounters. Translated versions are available online.
- **California language assistance requirements.** If you have a location in California, you must:
  - o Prominently post a notice of language assistance in each of your locations.
  - o Provide members with access to free highly skilled, qualified interpreters through our interpreter service.
  - o Let members know that grievance forms and language procedures are available by calling at 888.581.3648. California members can contact the California Department of Managed Health Care's Help Center at 888.HMO.2219 or TDD 877.688.9891.

# Medicare and Medicaid participation

EyeMed requires network providers to be eligible to participate in federal healthcare programs, including Medicare and Medicaid. Providers found on the Preclusion List will be removed from our networks.

**Medicare exclusion**

15

- **Medicare opt-outs and exclusions.** Providers who do not remain enrolled in Medicare will be immediately removed from all EyeMed networks. Providers excluded from participation in programs that receive federal funding cannot participate in EyeMed networks.

**State Medicaid Agency enrollment**
- **Medicaid enrollment.** If you participate in a Medicaid Managed Care plan served by an EyeMed network, you must be enrolled in the State Medicaid Agency. Your ID number will be key to participate in this program, and we have to monitor the accuracy of it on a regular basis.

# State laws

- **Arizona Charge Transparency Law.** According to state law, any optometrists or ophthalmologists practicing in Arizona must meet the following requirements regarding disclosure of information to members:
  - If a member asks for a list of direct pay prices (prices you would charge patients who have no vision benefits) for the 25 most commonly provided services you need to provide the list. If your practice is owned by an optometrist or ophthalmologist and you have fewer than 3 licensed doctors, you're exempt from this requirement.
  - When members choose to pay you directly for a service rather than have you submit claims on their behalf, you must have them sign a waiver stating they understand their rights as a member of the plan.
- **Rhode Island.** To comply with Rhode Island Office of the Health Insurance Commissioner (OHIC) regulation 230-RICR-20-30-9, section 9.9, providers in the state of Rhode Island cannot hold the member liable for any provider charges for covered benefits, except co-payments, deductibles or coinsurance.  Specifically, providers are prohibited from billing, charging, collecting a deposit from, or seeking compensation, remuneration or reimbursement from a beneficiary for covered services. This includes but isn't limited to facility or administrative fees or if the provider has not been paid for services.
- **New Mexico.** To comply with New Mexico Office of the Superintendent of Insurance (OSI) regulation 13.10.35, section 11.2, some members may be eligible to receive additional benefits toward medically necessary lenses.  Members will be responsible for additional copays, deductibles and/or coinsurance should they elect to exercise this additional benefit. To attest a member is eligible for medically necessity benefits, please call our call center at 888.581.3648. Review each member's benefit carefully to ensure you apply the benefit correctly.

# Mobile providers

EyeMed will contract with providers who practice in mobile settings only when specific requirements are met.

**Definition of mobile providers.** We define a mobile provider as a third party who performs eye exams and/or dispenses materials at a location(s) other than a contracted brick-and-mortar location(s). Mobile providers include, but are not limited to:
- Vision vans.
- Temporary eye clinics.
- Those who serve patients at nursing homes or other care facilities.

**Mobile provider categories.** EyeMed has categorized mobile providers as:
- Category 1: Those who increase access to care to otherwise underserved populations. EyeMed generally accepts mobile providers who fall in this category.
- Category 2: Those who provide a service of convenience to members who already have adequate access to care. EyeMed only accepts providers in this category under certain circumstances.

## Application process
- **Mobile provider application.** All mobile providers who want to participate in an EyeMed network must go through a mobile provider application and approval process.
  - Fill out the online application form. Select "Special Programs/Documents."
  - Once a completed initial mobile provider application package is received, it takes a minimum of thirty to sixty (30-60) days to complete the process.
  - We will deny claims submitted for mobile providers that have not been pre-approved through this process.
- **Recertification.** Mobile providers must recertify compliance with EyeMed's requirements every 2 years.
- **Doctor credentialing.** If approved, doctors performing exams will also need to be credentialed.

## Requirements
- **Brick and mortar location.** You're required to have a brick-and-mortar location that provides comprehensive eye exams in addition to mobile services to ensure that members have access to continuity of care, or document alternate arrangements to provide timely appropriate sequential care through participating network providers without additional cost to the member or to EyeMed.

17

- **Follow-up information.** Leave clear, legible contact information, exam findings, follow-up notes and recommendations with the patient after every patient encounter.
- **Continuity of care.** Provide/ensure appropriate medical eye care follow-up and/or ensure continuity of care with other medical providers, as indicated.
- **Equipment.** Have and maintain the required equipment at both the physical office location and mobile setting. We may request proof of equipment.
- **Requirement to report changes.** Report any material changes to information submitted in your original mobile provider application within 30 days and provide written program and protocol revision descriptions as appropriate. Any finding of falsification of this information or failure to report material changes is grounds for immediate termination.

# Remote Vision Care Exam

Remote Vision Care Exams may be helpful to provide access to care to under-served populations, specifically members who live in geographies without reasonable access to conventional eye care practices. EyeMed will contract with Remote Vision Care Exam providers only when specific requirements are met.

## Application process

- **Remote Vision Care Exam Provider Application.** All providers who want to offer Remote Vision Care Exams as an EyeMed network provider must complete the Remote Vision Care Exam application and approval process.
  - Fill out the online application form. Select "Special Programs/Documents," then select YES for the question "Are you a telemedicine provider".
  - Once a completed initial Remote Vision Care Exam Provider Application is received, it takes a minimum of 30-60 days to complete the process.
  - We will deny claims submitted for Remote Vision Care Exam providers who have not been pre-approved through this process.
- **Doctor credentialing.** If approved, doctors performing exams will also need to be credentialed.

## Requirements

- **Brick and mortar location.** You must have a fully licensed and accredited brick-and-mortar location where patient data is collected (the Originating Site). A credentialed provider who is a licensed optometrist or ophthalmologist must be available for in-person care at the Originating Site at least 1 day per week.

18

- **Prior patient relationship.** Before performing any Remote Vision Care Exam service, the provider performing the service must establish a doctor-patient relationship via one of the following means:
  - A prior in-person examination
  - An examination using synchronous audio and visual connections between the provider and member[1]
  - Consultation with or referral from another EyeMed participating provider who has established or will establish a doctor-patient relationship with the patient, and who intends to manage the patient's care. If the provider is rarely or never personally at or near the Originating Site, he or she may establish a relationship with 1 or more participating providers near the Originating Site who are willing to manage the patient's in-person care needs.  The selection of such a provider will remain the choice of the member.
- **Quality of care.** Remote Vision Care Exam providers will be held to the same standards of appropriate care as, and the level of care must be equal to, providers offering in-person service.
- **Licensing and credentialing.** The doctor providing the care must comply with state law regarding the need for licensure or registration in the state where the Originating (patient) Site is located as well as the Distant (provider) Site.
- **Informed consent.** Prior to initiation of the Remote Vision Care Exam service, the provider must inform the member that the service will be conducted without the optometrist or ophthalmologist being physically present (in-person) and must consent to receiving care via a Remote Vision Care Exam.
- **Privacy and security.** You need to have privacy and security measures in place that meet healthcare industry standards.
- **Audio and video systems.** Remote Vision Care Exam providers must use interactive audio and video telecommunications systems that permit real-time interaction between the patient at the originating site and the provider at the distant site.

# Network terminations

## Voluntary terminations

- **Voluntary termination process.** You can request to be removed from the network, which we call a voluntary termination, with 60 days advance notice by completing our online [Termination of Tax ID or Location form](#).

## Involuntary terminations

---

[1] [https://www.ama-assn.org/system/files/2018-10/ama-chart-telemedicine-patient-physician-relationship.pdf](https://www.ama-assn.org/system/files/2018-10/ama-chart-telemedicine-patient-physician-relationship.pdf)

- **Definition of involuntary terminations.** Involuntary terminations occur when we terminate your participation.
- **Reasons for involuntary termination.** EyeMed can involuntarily terminate you for reasons listed in your provider contract or for the following additional reasons:
  - Commission of fraud, waste or abuse.
  - Providing false or misleading information upon initial or subsequent application, credentialing or recredentialing and/or contracting.
  - A pattern or practice of unprofessional or inappropriate conduct toward members or clients.
  - When termination is deemed necessary to protect against the risk of imminent danger to the health or welfare of our members.
- **Involuntary termination process.** In the event of an involuntary termination, you'll receive a written notice specifying the date of termination from the network, any applicable appeal rights and processes.
  - Providers terminated due to license suspensions, terminations or lapses are considered removed from the network as of the date the license was terminated.

## Responsibilities upon termination
- **Removal from locator.** Once you're no longer participating on the network, we'll remove your location(s) from our automated locator services effective the day of termination.
- **Claims payment.** We'll process all claims submitted before the termination date and within claim-filing limits per the plan design.
- **Member notification.** You must notify your patients who have EyeMed benefits that you are leaving the network and, if applicable, explain how they can locate a new in-network provider if desired. You're required to inform our members you're no longer a participating provider before seeing them.
- **Referrals and follow-up care.** Provide referral instructions for follow-up care or clinical record requests when necessary.
- **Outstanding balances.** You're responsible for paying any outstanding balances owed for lab materials orders or withholds.

# PAYMENTS

## Chargebacks and lens payments when using the lab network

### Lens options chargebacks and reimbursements

- **Chargebacks.** You'll be responsible for lab/lens chargebacks according to our Lens and Options Chargeback Schedule.
- **Progressive lenses and options.** Your payments for progressive lenses and lens options are detailed in the Standard Lens Options Schedule.
- **In-office finishing dispensing fee.** When using single vision in-office finishing, you'll receive an additional $7 dispensing fee for single vision lenses.

## Payments for medically necessary contact lenses

### Standard reimbursements

- **Reimbursement for medically necessary contact lenses.** Standard reimbursements for medically necessary contacts lenses are based on the qualifying condition as noted below.

| Qualifying criteria | Provider reimbursement |
|---|---|
| Anisometropia | 95% of retail up to $700 |
| High ametropia | 95% of retail up to $700 |
| Keratoconus – Mild/Moderate | 95% of retail up to $1,200 |
| Keratoconus – Advanced/Ectasia | 95% of retail up to $2,500 |
| Vision improvement | 95% of retail up to $2,500 |
| Pediatric aniridia* | 95% of retail up to $3,730 |
| Pediatric aphakia* | 95% of retail up to $5,800 |
| Pediatric pathological myopia* | 95% of retail up to $700 |

*Applicable only to members of Pediatric Vision Benefits in California. Pathological myopia pertains only to Health Net members. See information about medically necessary contact lens benefits for Pediatric Vision Benefits members, and details about Health Net's unique benefit. View the process for obtaining authorizations and filing claims for these special medically necessary contact lens benefits.*

- **Annual fee review.** We review the fee schedule for medically necessary contact lenses at least once a year.
  - o You can submit cases for fee review to our Quality Assurance department at eyemedqa@eyemed.com. Include supporting statements, invoices and clinical documentation for consideration at annual fee review.

21

**Medically necessary contact lenses - EyeMed Individual and Family Plans**

- **Member allowances.** Some members of EyeMed Individual and Family Plans have a maximum allowance of $210 for medically necessary contact lenses.
  - Members will pay you 100% of retail amount above the allowance.
  - Members in some states, and those whose plan effective dates are prior to 2020, may have standard allowances and reimbursements as described above.
  - Review each member's benefits carefully to ensure you apply the Individual and Family Plans benefit correctly.

**Client-specific medically necessary contact lens benefits**

- Always refer to the Client-specific Plan section for rules that pertain to specific clients.

# Payments for special services

- **Retinal imaging.** Some plans include a benefit or discount for retinal imaging. When they do, members pay either:
  - $39 (or your standard office charge if it's less) on a retinal imaging screening
  - A $0, $10, $20 or $30 copay (you'll be reimbursed up to $39 after the copay)
- **Diabetic eye care plans.** You'll be reimbursed according to the diabetic eye care and retinal discount fee schedule.
- **Pediatric Vision Benefits.** You'll be reimbursed according to the Pediatric Vision Benefits fee schedule.
- **Safety Eyewear Program.** Details about the program, including reimbursements, can be found in the Safety Eyewear Program section.
- **Low Vision benefits.** Details about the program, including reimbursements, can be found in the Low Vision Section.
- **Visual Display Terminal (VDT) benefits.** You'll receive your contracted eye exam reimbursement for the additional refraction services required for VDT benefits.
- **Medicaid plans.** Your reimbursements for Medicaid Plans will be based upon the EyeMed Medicaid fee schedule for a specific state. When we enter a market, qualified participating providers will receive a contract amendment that includes the EyeMed Medicaid fee schedule for the state.

# Client-specific payments

Always refer to the Client-specific Plan section for rules that pertain to specific

clients.

# CLAIMS

## Members with medical and vision benefits

*Note: This policy is not intended to interfere or infringe on the professional judgment and decision-making of the participating eye care professional providing covered services as defined. All eye care professionals should adhere to their usual and customary coding and billing procedures in accordance with the American Medical Association's Current Procedural Terminology (CPT) coding guidelines, consistent with evidence-based medicine and accepted standards of care for eye care professionals.*

In situations where members have eye exam benefits through both their medical and vision plan, network providers should use their professional judgment combined with discussions with the patient to determine whether to file an eye exam claim or, potentially, other service(s), with us or through the patient's medical carrier.

- **Patients lacking a specific complaint related to a medical condition.** If the **patient does not have a specific complaint related to a medical condition**, it is most appropriate to bill the vision plan (EyeMed) for the visit.
  - If during a visit where the patient presented without a medical-related complaint you discover the patient has a medical condition and your prescribed treatment plan would require medical eye care, inform the patient of their condition and their need for the diagnostic testing and/or treatment anticipated, then schedule the patient for a follow-up medical eye care visit.
  - Follow-up medical eye care should be billed to the patient's medical plan.
- **Patients requesting vision plan exam based on presenting problem.** If the **patient asks for the exam to be billed to the vision plan based on a presenting problem**, explain to the patient the needed care and coverage/billing options under their medical plan, possible out-of-pocket payments or possible referral options.
- **Patients with no reported medical conditions.** When the **patient reports no medical conditions**, the coverage of services rendered by an eye care professional depends on the purpose of the examination or service and not the ultimate diagnosis of the patient's condition.
  - When a patient goes to his/her physician for an eye examination with no specific complaint related to a medical condition, the expenses for the examination are likely not covered under the

24

patient's medical benefit, even though a pathological condition was discovered as a result of the eye examination.

- ○ Under these circumstances, the eye examination should be billed to the vision plan if the patient presented without a specific complaint related to a medical condition.
- ○ If you recommend that the eye care service(s) provided be billed to the patient's medical plan, it must be fully disclosed to the patient as to the reason for the recommendation to bill the medical plan and the possible deductible and/or copay out-of-pocket expenses.

- **Refusal to provide services under the vision plan.** Should an EyeMed member insist that a vision plan claim be submitted and the presenting problem, in your professional judgment, would indicate the need for another service and/or procedure, you may elect to refuse to provide the comprehensive eye examination under the vision plan.
  - ○ Clearly document the reasons for any refusal of care in the patient's clinical record and contact us at 888.581.3648 to inform us of the refusal of care and the reason.

- **Disclosure form.** Following your explanation of the entity to be billed, the patient should acknowledge this explanation by signing a disclosure form that states:
  - ○ The medical reason (diagnosis) a claim is being filed with the medical benefit.
  - ○ The potential cost (out-of-pocket expense), which would include the deductible and/or copay. It's understood you may not be able to definitively determine the amount; therefore, listing your usual and customary charges for the service(s) would be an acceptable disclosure.

- **Eye exams covered by medical plan.** If you deem the eye exam would be covered by the medical plan:
  - ○ If you're a participating provider for the patient's medical plan, inform the patient of your participating status.
  - ○ If you are not a participating provider, inform the patient that your practice's usual and customary fees will be charged, and disclose those proposed fees.

- **Referrals to medical providers.** If the patient elects to be referred to a participating medical provider, make every effort to refer appropriately and provide the subsequent professional with all relevant information concerning your findings that will lead to the best possible outcome for the patient.

# Coordination of benefits

Our plans do not allow for coordination of benefits (COB) except for the groups included on our [exception list](#).

**Coordination of benefits policies**

- **Primary payer.** We're considered the primary payer.
- **Dilation and refraction.** We don't reimburse separately for any services included in a comprehensive eye exam (including dilation and refraction) unless the contract with the client specifically permits it.
  - Claims for refraction only will be denied unless they are for members of groups that have specific contract provisions that allow for refraction only exceptions.
  - You cannot submit dilation only claims.

**Coordination of Benefits/Refraction Only Exception Process**

- **Submitting COB claims.** File COB claims in hard copy using a CMS 1500 form. You must attach a copy of the primary plan's explanation of benefits/remittance advice. Refer to the Submitting Claims section for more information.

# Submitting claims

**Claims submission**

- **Claims submission process.** You will use the online claims system to file claims, except when the benefits need special processing. Or, you can submit claims electronically using 837 inbound format through outside clearinghouses.
  - If you decide to use electronic data interface (EDI), you'll be reimbursed according to the fees listed under the Claims Submitted Outside the Online Claims System section of your fee schedule.
  - To begin the process of setting up EDI, contact us at 888.581.3648.
- **Fraud warnings.** Any person who, with intent to defraud or knowing that he or she is facilitating a fraud against an insurer, files a claim containing a false or deceptive statement is guilty of insurance fraud. Your state's fraud warning applies to any claims you submit.

**Timely filing**

- **Standard timely filing.** All claims must be submitted within 180 calendar days of the date of service except as noted below. If you do not file the claim in this time period, it will be denied, and you will not be able to collect money from the member.
- **Medicare claims.** For Medicare members, you have 12 months to file the claim.
- **Medicaid claims.** Medicaid timely filing requirements vary. Refer to your state's Medicaid Provider Manual for details.
- **Client-specific exceptions.**
  - Anthem claims must be filed within 12 months of the date of service.

26

## Claims codes
- **Eye exam codes.** We use CPT codes 92004 and 92014 for eye exams because they describe specific definitions of what a comprehensive eye exam should include.
- **Refraction code.** We consider the refraction (CPT 92015) part of a comprehensive eye exam.
  - The only time we'll reimburse you for refraction by itself is when we're contracted as a refraction only exception for the group, when the contract with the client specifically permits it.
  - Please refer to the Coordination of Benefits section for a list of participating groups that permit separate payment for refraction.
- **ICD-10 code reporting.** We require you to submit all applicable ICD-10 diagnosis codes when filing a claim.
  - The online claims system lets you note primary and high-risk diagnoses, including abnormal pupil, age-related macular degeneration, cataract, diabetes, diabetic retinopathy, glaucoma, hypercholesterolemia and hypertension.
- **Annual supply contact lens benefits.** If a group has a benefit that covers an annual supply of contact lens materials, use code S050026 on the claim.

## Hard copy claims
- **Hard copy claim submission.** Some circumstances may require hard copy claims. Any plans, services or materials requiring a CMS 1500 hard copy submission are not eligible for lab ordering.
  - If you send us a hard copy claim for materials that should have been submitted to a lab though our online claims system, we'll reimburse you according to the Claims Submitted Outside of Our Claims System fee schedule on your network schedules. You'll be responsible for all lab and eyewear fabrication costs, and you can't bill the member for the balance.
- **Preferred claims codes.** Use our Preferred Claims Codes to ensure proper processing. We might also deny codes not on this list based on the member's plan and benefits. You can also refer to our Lens Guidelines for more information on assigning proper ICD9 codes during claim submission.
- **Faxing claims.** Fax hard copy claims to 866.293.7373.
- **Mailing claims.** Mail hard copy claims to:
  EyeMed/FAA
  PO Box 8504
  Mason, OH 45040-7111

## Special claims processes

27

- **Notification of special processes.** We will notify you if the claims process for any of our services changes, or if new groups or products require unique processes.
- **Primary/medical eye care benefits.** You can submit claims for some primary/medical eye care benefits through our online claims system.
- **Refraction only claims (only for groups that permit coordination of benefits).** File refraction only claims in hard copy following the below process:
  - Collect only the medical carrier's eye exam copay from the member, if applicable. Don't collect any exam copays that would apply under our plan.
  - After you're paid by the medical carrier, submit a CMS 1500 form with only the refraction code (leave the exam off) and attach a copy of the EOB from the primary payer showing that an exam was rendered. We'll reimburse you your retail charge for the refraction up to the maximum exam reimbursement, and the member will be ineligible for eye exam benefits until the next benefit cycle.
- **Anthem refraction only claims.** In addition to the medical carrier's eye exam copay, you will also collect any exam copays that would apply under the routine vision plan.
  - When submitting the refraction only service, use procedure code 92015RB on the CMS 1500 form.
  - We'll reimburse you your retail charge for the refraction up to the maximum exam reimbursement, and the member will be ineligible for eye exam benefits until the next benefit cycle.
- **Medically necessary contact lens claims.** The materials and fit and follow-up services for medically necessary contact lens benefits must be submitted on 1 claim. File the claim in hard copy following the process below:
  - Complete our Medically Necessary Contact Lens claims form. If you practice in California, you have a state-specific form.
  - When filling out the claim, use the codes below to indicate the qualifying condition:

| Qualifying criteria | Medically necessary contact lens codes |
|---|---|
| Anisometropia{ XE "anisometropia" } | 92310AN |
| High ametropia{ XE "high ametropia" } | 92310HA |
| Keratoconus { XE "keratoconus" } | 92072 |
| Vision improvement | 92310VI |
| Pediatric{ XE "pediatric" } aniridia* | 92310AI |
| Pediatric aphakia* | 92311AP and 92312AP |
| Pediatric corneal and post-traumatic disorder (filed as vision improvement)* | 92310VI |
| Pediatric pathological myopia* | 92310PM |

28

*Applies only to members of Pediatric Vision Benefits in California. Pediatric corneal and post-traumatic disorder and pediatric pathological myopia pertain only to members of Health Net's PPO in California.*

- o If you select more than 1 condition**{** XE "diagnosis" **}** on the claim, we'll reimburse**{** XE "reimbursement" **}** based on the lowest paying condition.
- o Include the applicable vision and high-risk diagnosis codes.
- o Fax the completed form to 866.293.7373 or mail to:
     EyeMed Vision Care/FAA
     P.O. Box 8504
     Cincinnati, OH  45040
- **Safety Eyewear Program powered by EyeMed.** Refer to the Safety Eyewear Program section for instructions on filing claims for this program.
- **Post-cataract eyewear benefits.** File claims for post-cataract eyewear through the online claims system, unless they have unique processes as outlined in our Client-specific Plan section.
- **Medicaid medically necessary claims.** When filing claims for Medicaid exams and eyewear that require medical necessity, you can use the online claims system but will need to provide additional information. (Note that contact lenses follow a different process.)
  - o Always include a medical necessity reason code.
  - o Indicate the appropriate diagnosis code for a qualifying condition as defined in your state's Medicaid provider manual.
  - o Filing online:
    - ▪ Use the "Routine" tab in the online claims system for medically necessary lens options on the member's first pair of glasses.
      - ● Select the appropriate diagnosis code and reason code on the "Usual and Customary" screen.
      - ● For replacement eyewear, use the ST code.
    - ▪ Use the "Medically Necessary" tab in the online claims system for additional eye exams, replacement eyewear or second pairs of glasses in lieu of bifocals.
  - o Filing in hard copy:
    - ▪ When filing paper claims, use the RP reason code modifier only.
    - ▪ Include the modifier "RP" along with the V code for lens options.
    - ▪ Include the modifier "BU" along with the V code for lenses and options purchased as a buy-up.
- **Medical/Surgical eye care claims.** You can submit medical/surgical eye care claims online or using 837 inbound.
  - o Choose the Medical tab to access medical/surgical services.
  - o For services that do not require pre-authorization, we'll match the procedure and diagnosis codes for relevance.

- o When also providing routine vision care services, you'll use the online claims system like you normally do, but you should file routine vision claims separately from medical/surgical eye care services.
    - ▪ Do not file medical eye care and routine vision services on the same claim.
  - o Refer to the Utilization Management section for details on obtaining pre-authorization for services.
- **Low vision claims.** We don't accept low vision claims online, and you can't use our lab network.
  - o Anthem Blue View Vision requires a slightly different process for submitting low vision claims. Please refer to the Anthem section for more details.

# Voiding and correcting claims

You can correct or void routine eye exam, contact lens or medical/surgical eye care claims by submitting a CMS 1500 form to us.

**Corrected or voided claim process**
- **Faxing corrected or voided claims.** Fax a corrected CMS 1500 form to us at 866.293.7373 with "CORRECTED CLAIM" written on the top.
- **Mailing voided or corrected claims.** You can mail corrected CMS 1500 forms to:
  - EyeMed Vision Care/FAA
  - PO Box 8504
  - Mason, OH 45040
- **Voiding or correcting claims with lab orders.** You can't correct or void claims for eyewear if the lab has already started the order. If you used the lab network and need to cancel the materials portion of a claim, you must void the entire claim.
  - o First, call the lab to cancel the order. The lab will confirm if a cancellation is required and process the cancellation if needed. If the lab determines the order doesn't need to be canceled, no further action is needed.
  - o Allow 24 hours for the cancellation to flow through our system. If you don't see the member eligibility reopen after 2 business days, please contact the lab to escalate the issue.
  - o Once the eligibility is reset to "Yes," proceed by refiling the claim and submitting the correct order.
- **Member eyewear returns.** If a member returns eyewear, the member may be eligible for a free remake depending on the reason for the return.
  - o When members return their glasses, we need to know why.

- **Returns for poor quality or non-adapt.** Refer to our [remake policy](#) to replace the glasses.
- **Change in frame style or "no questions asked" return policy.** Call us at 888.581.3648 if the member is taking advantage of your practice's "no questions asked" satisfaction guarantee or simply wants to change the frame. We can reinstate the member's benefits at your request, but you'll be charged for the lab work based on [the Lens and Options Chargeback Schedule.](#)

- **Medicaid medically necessary replacements.** Some Medicaid members are eligible for medically necessary eyewear replacements. Refer to your program's Medicaid provider manual for more information.
- **Returns, exchanges and voids under the Safety Eyewear Program powered by EyeMed.** Returns, exchanges and voids are not processed as part of the Safety Eyewear Program, with the exception of voids in the case a member cancels his or her order before the order is in the manufacturing process. In this case, follow our normal void process.

# Claim payments and withholds

## Payments and withholds
- **Claims payments.** A wholly owned subsidiary of EyeMed, First American Administrators, Inc. (FAA), processes all claims.
- **Withholds.** If we overpay you as part of a claim correction or complaint resolution, we'll withhold funds overage from a future payment.
  - Clients may request withholds if they find errors during audits. We'll notify you if this happens.

## Claims payment process
- **Payment turnaround time.** You'll be paid within 30 business days of submitting a clean claim. We'll adjust the claims process timing as required by state law.
  - For lab orders, the turnaround time begins when the lab lets us know the order has shipped.
  - Exam portions of claims are not paid until the materials are shipped from the lab.
- **Payment frequency.** Claims are paid electronically by FAA at least once per week.
- **Payment methods.** We pay claims by electronic funds transfer (EFT) or check.
  - Use our [online form](#) to sign up for or change any of your direct deposit details, like account number.

- You can have checks mailed to you, but you could be charged a 5% administrative fee for this service, per section 1.6 of your provider contract, except where prohibited by state law.
- **Payer names.** Electronic payments may appear on your statement under different names. The below names may appear on check payments for claims:
  - Aetna Life
  - Administered by: First American Administrators, Inc.
  - Anthem Insurance Companies, Inc.
  - APC PASSE, LLC d/b/a Summit Community Care
  - Blue Cross Blue Shield Arizona
  - Blue Cross Blue Shield North Carolina
  - Combined Insurance Company of America
  - Combined Life Insurance Company of New York
  - EyeMed MVC IPA
  - EyeMed Vision Care HMO of Texas, Inc.
  - EYEXAM of CA (EYEXAM)
  - FAA – Arkansas Medicaid
  - FAA – BCBS Arizona
  - FAA - Anthem
  - FAA – Cigna
  - FAA – Humana
  - FAA – Priority Health Michigan Medicaid
  - FAA – State of Ohio
  - First American Administrators, Inc.
  - First American Administrators Aetna LA Medicaid
  - First American Administrators Delta Dental of AR
  - Fidelity Security Life Insurance Company
  - Fidelity Security Life of New York
  - Heritage Vision Plans Inc.
  - Humana
  - Optical Procurement Services LLC
- **Remittance advices.** Remittance advices summarize your payments and will also show any withholds applied because of incorrect or voided claims. These are available for download from our online claims system.

# Claim denials

- **Denial notification.** If a claim is denied for missing information, we'll send you a letter within 30 days explaining why we denied it, and request that you correct and resubmit it.
  - You'll be paid only when you resubmit the claim within the appropriate timeframe, and the resubmission is accepted.

32

- You can collect payment from members for denied claims with member liability *only* if we determine they weren't eligible for benefits at the time of service.
- **Lab charges on denied claims.** If you used the lab network and the materials portion of your claim is denied, you'll be billed for the cost of the materials and any associated lab charges.

# SERVICES AND MATERIALS

## Eye exam services

*Note: This policy is not intended to interfere or infringe on the professional judgment and decision-making of the participating eye care professional providing covered services as defined.*

Eye exam benefits cover the components listed in our Routine Eye Exam Guidelines, including refraction and dilation. You must follow Federal Trade Commission (FTC) guidelines regarding eyeglass prescriptions, and you must refer patients appropriately for any follow-up care resulting from your exam findings.

**Refraction and dilation**
- **Refraction as part of eye exam.** Refraction is a component of the covered services available to eligible members and must be performed in conjunction with a comprehensive examination.
  - Refraction will not be reimbursed separately unless the client is contracted as a refraction only exception client.
  - If a client is a refraction only exception client, you can submit a claim for refraction only, along with a copy of an EOB from the primary payer showing that an exam was rendered. Please refer to the Coordination of Benefits section for a list of participating groups that permit separate payment for refraction.
  - If the plan includes benefits for Visual Display Terminal (VDT) eyewear, the member will have an additional eye exam benefit to cover the separate refraction.
  - Blue View Vision (Anthem) is an exception and charges copays for refraction only. Refer to the Client-Specific Requirements section for more information.
- **Dilation.** According to CPT definitions, dilation is included within the exam whenever professionally indicated whether performed on a single date of service or on a subsequent date. It is still part of the original exam unless the dilation is now being performed for a completely separate condition unrelated to the original exam.
  - Retinal imaging doesn't replace dilation.
  - You must dilate all members who have diabetes.
  - If the member refuses to be dilated, document the refusal in their patient file.

## Eye exam requirements

- **Eye exam components.** You must provide the services below as part of an eye exam:

| Case history | |
| --- | --- |
| - Chief complaint<br>- Ocular disease history (including prescriptive and non-prescriptive medications)<br>- Family history: general and ocular | - Occupational/lifestyle: use of vision; glasses or contact lenses<br>- General medical history (including medications)<br>- Allergies, including medication allergies |

| General patient observation | |
| --- | --- |
| - Neurological: orientation (time/place/person) | - Psychiatric: mood and effect (depression/anxiety/agitation) |

| Clinical and diagnostic testing and evaluation | |
| --- | --- |
| - Examination of orbits<br>- Test visual acuity<br>- Gross visual field testing by confrontation or other means<br>- Ocular motility<br>- Binocular testing<br>- Slit lamp examination of irises, cornea(s), lenses, anterior chambers, conjunctivae and sclera<br>- Examination of pupils | - Measurement of intraocular pressure<br>- Ophthalmoscopic examination with pupillary dilation, as indicated, of the following:<br>  o Optic disc(s) and posterior segment<br>  o Macula<br>  o Retinal periphery<br>  o Retinal vessels<br>  o Vitreous<br>  o Other examinations (must specify) |

*Note: Pupillary dilation is required for members with diabetes.*

| Refraction |
| --- |
| - Objective refraction (retinoscopy or auto-refraction) and subjective refraction*<br>- Resultant best (corrected) visual acuities, distance and near |

| Color vision testing* |
| --- |

| Stereopsis testing* |
| --- |

| Case presentation |
| --- |

- Assessment
- Management plan
- Professional reports* (i.e., driver's license, health physical)
- Visual acuities and tonometry findings
- Photographs and findings, if applicable.
- Diagnosis (ICD) codes

*ICD-10 diagnosis codes should include diagnosis from the patient's history, the patient's reported medications and/or your clinical findings. List the primary diagnosis first followed by all secondary diagnosis codes determined in the exam (especially those including diabetes, diabetic retinopathy, hypertension and glaucoma).*

*As indicated

35

Note: In some cases, exam may be completed with other instrumentation because of member limitations.

- **Eyeglass prescriptions.** You must follow FTC guidelines related to the release of eyeglass prescriptions.

## Second opinions

- **Second opinion process.** Members may be entitled to a second opinion on their eye exam results.
  - ○ If a member wants a 2nd opinion, ask them to complete a written request for a 2nd opinion and submit it directly to EyeMed Quality Assurance at eyemedqa@eyemed.com.
  - ○ We will then reach out to you to request records for the initial visit and to hear your point of view.

## Referrals

- **Referrals to in-network providers.** If a referral is required, refer the member to his or her health plan for assistance finding an in-network provider to provide the referred services.
- **Pennsylvania out-of-network referrals.** In Pennsylvania, if you refer the patient to an out-of-network provider, you must inform the member in writing that the provider is out-of-network, that there may be increased financial responsibility and that in-network options exist.
  - ○ Pennsylvania providers who do not comply with out-of-network referral requirements could be subject to PA Department of Insurance (DOI) penalties up to $500,000 per calendar year:
    - ▪ $5,000 civil monetary penalty per violation
    - ▪ $10,000 penalty for each willful violation

# Contact lens fit and follow-up and materials

## Contact lens fit and follow-up definition

- **Definition of contact lens fit and follow-up.** Contact lens fit and follow-up means the evaluation, testing and observation that include precise measurements, analysis and recommendations of the specific contact lens to fit the curvature of the patient's eye. It also includes the subsequent care necessary to ensure that the prescribed contact lenses provide appropriate visual correction, subjective comfort and support eye health. Contact lens fit and follow-up is provided subsequent and in addition to a Comprehensive Eye Examination.
- **Contact lens fit and follow-up benefits.** EyeMed's contact lens fit and follow-up benefits include training and a complete lens evaluation and up to 2 follow-up visits (in addition to the standard eye exam).

36

## Components of contact lens fitting/evaluation

- **Initial diagnostic evaluations.** When treating contact lens patients, perform compatibility tests, diagnostic evaluations and diagnostic lens analyses to determine if contact lenses are right for a member, or if their contact lens prescription has changed.
- **Timing of fit and follow-up services.** Except for package plans, the contact lens fitting should be initiated during the same visit as the exam and completed within 45 days of the initial fitting.
- **Contact lens evaluation requirements.** Your contact lens evaluation must follow the below requirements depending on whether the patient has worn contact lenses in the past.
  - A "new contact lens wearer" is a new patient at your practice, or a patient who hasn't worn contact lenses in the past 12 months.
  - An "existing contact lens wearer" is a patient who has worn contact lenses within the last 12 months and is an established patient at your practice.

| | New Wearer | Existing Wearer |
|---|---|---|
| | **Required Test (✓)** | |
| Contact lens-related history | ✓ | ✓ |
| Keratometry and/or corneal topography | ✓ | ✓ |
| Anterior segment analysis with dyes | As Indicated | As Indicated |
| Biomicroscopy of eye and adnexa | ✓ | ✓ |
| Biomicroscopy with lens<br>• Fluorescein pattern (rigid lenses) orb.<br>• Movement and/or centration (soft lenses) | ✓ | As Indicated |
| Over-refraction | As Indicated | As Indicated |
| Visual acuity with diagnostic lenses | ✓ | As Indicated |
| Determination of contact lens specifications determined to obtain the final prescription | As Indicated | As Indicated |
| Member instructions and consultations | ✓ | ✓ |
| Proper documentation with assessment and plan | ✓ | ✓ |

## Standard vs. premium contact lens fittings

- **Standard contact lenses.** A standard contact lens is defined as a clear, soft, spherical, daily wear contact lenses for single vision prescriptions. Standard contact lenses do not include extended or overnight wear lenses, which are intended to be worn during periods of sleep.
- **Premium contact lenses.** Premium contact lenses are toric, multifocal, monovision, post-surgical, gas permeable contact lenses and other non-standard contact lenses. Premium contact lenses include extended and overnight wear lenses, which are intended to be worn during periods of sleep. The below situations also qualify as premium contact lens fittings:

- o Contact fittings started as a toric fit with multiple visits due to astigmatism, in which you ultimately prescribe spherical lenses
- o Toric soft lens fittings
- o Fitting of spherical lens(es) used in a monovision application
- o Prescribing or dispensing an extended-wear lens to a member who intends to wear the contact lens as extended wear.

### Follow-up care, training and education

- **Follow-up visits.** Our benefit covers up to 2 follow-up visits.
  - o If the member requires more than 2 follow-up visits (excluding insertion and removal training), you may charge them for the extra visits.
  - o Medically necessary contact lens benefits cover unlimited follow-up visits.
- **Training and education.** You can't charge members additional fees for training and education, which should include written instructions on how to handle, clean, maintain and wear their contact lenses.

### Contact lens materials dispensing requirements

- **Valid contact lens prescription.** Before dispensing contact lenses, make sure the member's prescription hasn't expired and still meets the member's eye health and vision needs before dispensing contact lenses.
- **FTC Fairness to Contact Lens Consumers Act.** You must follow the FTC Fairness to Contact Lens Consumers Act (15 U.S.C. §§ 7601-7610).

# Frames

### Frame inventory and dispensing requirements

- **Minimum frame inventory.** Each participating location must maintain/display at least 100 prescription frames priced $130 or less, from any manufacturer.
- **Frame availability.** Members can apply their benefits to any frame available in your dispensary, with the exception of programs such as Medicaid that limit the selection available.
- **ANSI standards.** Dispense only frames that meet ANSI Z80.5 Spectacle Frame Standard.
- **Pediatric Vision Benefits inventory requirements.** To receive fully covered corrective eyewear, members of Pediatric Vision Benefits must choose from a frame selection that you make available to the member.
  - o You'll need a minimum of 35 frames in your dispensary that meet the following criteria for Pediatric Vision Benefits members to choose from:
    - ▪ A total wholesale acquisition cost of at least $19

- 20% to 40% (or at least 5 units) each of girl, boy and unisex styles
- Eye size assortment as follows:

| Eye size | Minimum # of units |
|----------|--------------------|
| Less than 46 | 6 |
| 46 to 47 | 6 |
| 48 to 49 | 2 |
| 50 to 51 | 1 |
| 52 and higher | 1 |

- **Safety eyewear requirements through the Safety Eyewear Program.** Safety eyewear dispensed under the Safety Eyewear Program must meet ANSI Z87.1 safety standards.

## Frame restrictions

- **Designer frames that prohibit discounts.** Many high-end brands have restrictions on which frames can be discounted.
  - o Most of the time, these restrictions apply only to discounts (not funded plans like our benefits).
  - o Ultimately, it's up to you to be aware of restrictions on the frames you carry.
- **Sports goggles.** Frames designed for use as protective eyewear in sports (often called sports goggles) are not part of our standard benefit. Members receive a 20% discount off the purchase of sports goggles as part of their discount on additional services.
- **Reading glasses.** Prescription spectacles for reading, where the lenses are fabricated by a network laboratory, are covered under the EyeMed benefit. Over-the-counter readers are **not** covered.

## Frame dispensing

- **Frame to come.** When you use our lab network and select a Frame to Come job type, you'll supply your own frame.
- **Eyeglass cases and postage.** The EyeMed reimbursement includes the eyeglass case and any postage.

# Plano lenses and frame-only transactions

## Restrictions on plano sunglasses

- **Exclusion of plano sunglasses from frame allowance.** EyeMed's frame allowance can be used only for frames *without* lenses. See our Limitations and Exclusions.

- o Members can't use our lens benefit for plano sunglasses unless the member's plan explicitly includes such benefits. Please check the Member Details in the online claims system for details. You can also refer to our Client-specific Plan section.
- **Frames purchased without prescription lenses.** If the member doesn't purchase prescription lenses at the same time they purchase a frame (including sunglass frames), you must remove the plano lenses from the frame before selling them.
- **Audits on frame-only transactions.** In the event of an audit, you will need to attest that the frame was sold to the member without lenses.

## Discounts on sunglasses
- **Discounts on sunglasses.** Plano sunglasses are not eligible for complete pair discounts.
  - o Members receive a 20% discount on plano sunglasses, which are considered non-covered items.
  - o The Discounts section provides more information.

# Lenses

## Lens requirements
- **Standard lenses.** We consider standard lenses to be uncoated, CR-39 plastic single vision, bifocals (ST 25 and 28) and trifocals (7x28). Any other lens types are considered premium lenses.
- **ANSI standards.** If you use a non-network lab or in-office finishing to produce eyewear, lenses must meet current ANSI standards.
- **Safety Eyewear Program lens requirements.** When dispensing safety eyewear, lenses will need to meet different standards. Refer to the Safety Eyewear Program section for details.

## Lens sourcing
- **Lens ordering through network labs.** Unless your contract allows otherwise, you're required to use our contracted labs (or, when applicable, you may provide single vision in-office finishing) to produce eyewear for members.
- **Product catalogs.** Our product catalogs define the lenses and treatments available through our lab network. See the Lab section for details.

## Progressive lenses
- **Standard vs. premium progressives.** We classify progressives as standard or premium according to this list.

## Anti-reflective treatments

- **Standard vs. premium anti-reflectives (A/R).** We classify anti-reflective treatments as standard or premium according to this list.

## Lens options

- **UV coating included in premium products.** Because UV protection is already included in premium products (such as polycarbonate and high-index lenses), members don't pay a separate $15 charge for UV coating.
- **Lens options included in lens packages.** If you sell lenses as packages that bundle multiple add-ons with the lens, make sure you're charging the member for each of the individual lens add-ons (unless the add-on is inherent to the lens material).
  - When the lens add-on material automatically includes some other lens add-on — like scratch-coating inherent in polycarbonate or UV and scratch-resistant coating in a photochromic lens — the member only has to pay for the main add-on.
- **Lens options for Medicaid programs.** We cover only specific medically necessary lens options for Medicaid members. Refer to the provider manual for your state for details.
- **Digital single vision lens with boost power for digital eyestrain.** Digital single vision lens designs provide at least a 0.25 power boost or greater to single vision Rx to help address digital eyestrain. These lenses are covered under a member's funded lens benefit even if there is no vision correction in the lenses.
- **Materials with blue light filtering properties.** Lens materials that offer better balances of clarity and blue light filtering are now classified under our benefits as blue light.
  - When submitting a claim for a material that has been approved to provide a blue light benefit, you should now use procedure code V2745TG, which designates it as such.
  - If blue light is inherent in the lens or coating, it should not be submitted or charged separately. Likewise, if a blue light filtering material has not been approved for a blue light benefit or is in the anti-reflective coating, it should also not be submitted or charged separately.
- **Lens rechecks.** If a member asks for a lens recheck, verify the lenses and, if necessary, the refraction, within the first 45 days of receiving new eyewear based on that prescription, at no additional charge to the member.

## Documentation of approved lens designs

- **Audits and consequences.** Failure to provide proper documentation that you dispensed an approved blue light or digital single vision lens design could result in recoupment and/or notification of non-compliance during an audit.

41

# Eyewear warranties and return policies

**Manufacturer warranties**
- **Defective lenses and frames.** Honor manufacturer and lab warranties pertaining to defective lenses and frames.
- **Warranties for lenses purchased through network labs.** Contracted labs will also honor all manufacturer warranties. Contact the lab that manufactured the materials for further information.

**Return policies**
- **Return policies for lenses purchased from network labs.** Specific return policies apply to eyewear manufactured through the lab network. Refer to the Lab section for details.
- **Practice return policies.** If you have a specific return policy in place at your practice, you must share it with members when you dispense the eyewear.

**Protection plans**
- **Eyewear protection plans.** Our benefits don't cover product warranties or protection plans available for additional cost to the member, but you're welcome to offer members the option to purchase an extended protection plan through your office.

# Discounts

- **Requirement to honor discounts.**
  - You're required to provide point-of-sale discounts to members who are entitled to them unless your state law dictates otherwise. Available discounts by network are provided in the attached. You may see discounts in our online claims system for networks you aren't a part of.
  - Our claims system will allow you to view all discount plans. However, you are only required to honor those associated with networks you participate on.
- **Exam only plan discounts on materials.** Members with exam only plans also receive point-of-sale discounts on any materials they purchase from your practice.
  - You can order these materials from the lab of your choice or order them through the EyeMed lab network.
- **State laws pertaining to discounts.** Some states may prohibit eye care plans from requiring providers to accept these discounts on non-covered services.

- ○ If you practice in any of these states, you can opt out of these discounts by logging into the Online Claims System and checking the appropriate box on the Location Details page under Manage My Profile.
  - ○ The provider portal, inFocus, [provides step-by-step instructions](#).
- **Ohio and Pennsylvania – requirements for notification.** The following 2 states have specific notification requirements in the event your location does not offer all discounts.
  - ○ **Ohio.** If you opt out of discounts, you must post the following language in your location for members:
    - ▪ "IMPORTANT: this vision care provider does not accept the fee schedule set by your insurer for vision care services and vision care materials that are not covered benefits under your plan and instead charges his or her normal fee for those services and materials. This vision care provider will provide you with an estimated cost for each non-covered service or material upon your request."
  - ○ **Pennsylvania.** If you opt out of discounts, you must notify members in writing that they are receiving non-covered services at non-discounted rates because you do not participate in EyeMed's discount program.
    - ▪ The Department of Insurance (DOI) may impose penalties of $5,000 civil monetary per violation and $10,000 per each willful violation up to $500,000 per calendar year.
- **Client-specific discounts.** Always refer to the Client-specific Plan section to ensure members receive discounts they are entitled to.

# Medically necessary contact lenses

## Overview of medically necessary contact lenses
- **Definition of medically necessary contact lenses.** Many plans include benefits for contact lenses when the member's vision correction needs meet specific requirements that make the use of contact lenses a medical necessity.

## Covered benefits
- **Medically necessary contact lens benefits.** The benefit covers an annual supply of materials, fitting and follow-up visits as needed to confirm the member's comfort and optimize vision correction in order to release the final Contact Lens prescription.
- **Benefit frequency and annual supply limits.** Members who qualify can use the benefit once a benefit year based on member's eligibility and can't exceed annual supply limits defined by contact lens manufacturer replacement guidelines.

43

- **Member out-of-pocket.** You may not bill members for any difference between your retail fees and the plan's reimbursement unless the plan benefits specifically say the member is responsible for payment above the allowance.

## Qualifying conditions

- **Minimum qualifications for eligibility.** A member's vision and spectacle prescription must meet the below criteria to qualify for medically necessary contact lens benefits. Members can't use this benefit for conditions not listed, even if you determine that contact lenses are necessary to correct other vision issues. Myopia management treatment and protocol does not qualify under this benefit and is excluded.
  - **Anisometropia** of 3D in meridian powers.
  - **High Ametropia** exceeding −10D or +10D in meridian powers.
  - **Keratoconus** when the member's vision is not correctable to 20/25 in either or both eyes using standard spectacle lenses. For the purposes of our benefit, there are 2 types of keratoconus as defined in our ectasia scale.
    - **Emerging/Mild:** Contact lenses in this tier are anticipated to include, however not be limited to, soft toric, rigid gas permeable, scleral, semi-scleral and hybrid designs/materials. The below severity scale applies:
  - Multiple spectacle remakes
  - Unstable topography
  - Light sensitivity/glare issues
  - Signs including Fleischer ring, Vogt's striae and scissor reflex with retinoscopy
  - No scarring
  - Topography (steep K <53D)
  - Corneal thickness >475 microns
    - **Moderate/Severe**: Patients who begin in the emerging or mild categories and are not successful with contact lens materials and keratoconus designs may be elevated into this moderate/severe tier. Contact lenses in this tier are anticipated to include however not be limited to scleral, semi-scleral and hybrid designs/materials. Patients who qualify as moderate/severe will have all of the emerging/mild symptoms, plus:
  - Mild to no scarring or some scarring
  - Topography (steep K of 53D or higher)
  - Corneal thickness up to 475 microns
  - Refraction not measurable
  - **Vision improvement other than keratoconus** for members whose vision can be improved by 2 lines or more on a standard

44

visual acuity chart with contact lenses when compared to the best correction attainable with standard spectacle lenses.

## Documentation requirements

- **Establishing qualification for benefit.** You're responsible for determining if members meet the qualifying criteria based on your exam and evaluation.
- **Spectacle prescription.** The documented spectacle prescription must support the qualifying condition submitted.
- **CPT codes.** When filling out the claim, you will indicate the member's qualifying condition.
  - CPT procedural codes for contact lens fitting are limited to keratoconus (92072). CPT has not designated codes for anisometropia, high ametropia and vision improvement, so you should use the below codes to indicate the qualifying condition:

| Qualifying criteria | Medically necessary contact lens codes* |
|---|---|
| Anisometropia | 92310AN |
| High ametropia | 92310HA |
| Keratoconus | 92072 |
| Vision improvement | 92310VI |
| Pediatric aniridia** | 92310AI |
| Pediatric aphakia** | 92311AP and 92312AP |
| Pediatric corneal and post-traumatic disorder (filed as vision improvement)** | 92310VI |
| Pediatric pathological myopia** | 92310PM |

*Submit a single fit code with a material code on 1 claim with 1 date of service.
**Applies only to members of Pediatric Vision Benefits in California. Pediatric corneal and post-traumatic disorder and pediatric pathological myopia pertain only to members of Health Net's PPO in California.

- **Diagnosis codes.** Include the applicable refractive and high-risk diagnosis codes on all medically necessary contact lens claims.
  - For keratoconus or anisometropia, submit the applicable diagnosis codes listed in ICD-10.
  - If you put more than 1 diagnosis on the claim, we'll reimburse based on the lowest-paying condition.
- **Supporting documentation.** We may also ask you for additional supporting documentation.
- **Audits and clinical records reviews.** We'll periodically review clinical records to make sure you're correctly applying the medically necessary contact lens benefit. We'll be checking whether the documented prescription supports the qualifying condition submitted on the original claim.

- o If the clinical record doesn't support the reported condition, we can recoup any overpayment by withholding payment on future claim(s) where law permits.
- o We can consider any inaccurate submission to be a false claim. Falsifying information or filing false claims can result in disciplinary action up to and including termination from our network. We might also have to report it to regulatory and law enforcement agencies as appropriate.

## Materials requirements

- **Minimum industry standard.** Dispense contact lenses that conform to meet the most current industry standards and are widely available through the majority of optometry and ophthalmology practices.
- **Filling existing prescriptions.** When filling an existing contact lens prescription, make sure the prescription is current and meets the member's vision needs prior to supplying contact lens materials.
- **Exclusions.** Experimental or investigative contact lenses and contact lenses with limited distribution that are not widely available through the majority of optometry and ophthalmology practices.

## Client-specific medically necessary contact lens benefits

- **Non-elective contact lenses through Blue View Vision.** Blue View Vision uses the term non-elective contact lenses instead of medically necessary.
- **Clients with unique benefits.** The following have different medical necessity requirements, which are documented in the Client-specific Plan Requirements section.
  - o Tufts Health Plan members
  - o Humana Vision members
  - o Members of Pediatric Vision Benefits plans in California
- **Medicaid.** Refer to your state's Medicaid Provider Manual for details.

# Diabetic Eye Care plans

Clients can include benefits for some medical eye care services for members with type 1 or type 2 diabetes as an add-on to routine vision plans.

## Diabetic Eye Care benefits

- **Covered diagnostic services.** Members who qualify will be eligible to receive benefits for the below follow-up diagnostic services:
  - ○ Fundus Photography – bilateral
  - ○ Extended ophthalmoscopy – unilateral
  - ○ Gonioscopy – bilateral
  - ○ Scanning laser – bilateral

46

- **Covered procedure codes.** The below procedure codes are covered by Diabetic Eye Care plans.

| | |
|---|---|
| 92020 | 99211 |
| 92134 | 99212 |
| 92201 | 99213 |
| 92202 | 99214 |
| 92250 | 99215 |

- **Overlap with medical benefits.** Members might have coverage for the same follow-up services through both a Diabetic Eye Care plan and their medical plan. Members are ultimately responsible for deciding which plan to bill and will pay any applicable copayments, allowances and/or deductibles.

### Qualifying diagnoses

- **Qualifying ICD-10 codes.** For the member to qualify for our Diabetic Eye Care plan, a diagnosis within the following range must be present and reported on the claim: E08.XX – E13.XX.
- **Humana Inc. qualifying conditions.** Please see client-specific plan information for the list of additional conditions that qualify for Diabetic Eye Care services for Humana, Inc., employees.

# Safety Eyewear Program powered by EyeMed

The Safety Eyewear Program Powered by EyeMed offers vision benefits to employees needing on-the-job protective eyewear. It's sold separately to new and existing clients in addition to their routine vision plan.

### Reimbursements

- **Dispensing fee for safety eyewear.** You will receive a $25 dispensing fee for each pair of complete safety glasses.
- **Lens options under the Safety Eyewear Program.** You'll receive your standard payments for lens options as listed in the Standard Lens Options Schedule, except for polycarbonate.
  - There is no additional reimbursement for dispensing polycarbonate lenses in safety eyewear.
  - Lens and Options Chargebacks will apply for all safety eyewear orders placed through the lab network.

### Safety Eyewear Program benefits

- **Eye exams.** The Safety Eyewear Program is typically a materials-only benefit, so an eye exam is usually not covered.
    - If the plan includes a covered eye exam, you'll be reimbursed your standard contracted eye exam rate for the network.
    - In most cases, members will be eligible for a comprehensive eye exam under other sources, such as medical coverage or routine vision benefits. Double-check exam eligibility under any available plan for that member. If the member is still eligible for eye exam coverage through a different plan, and you accept that plan, you can bill the eye exam to the other plan.
- **Frames.** Members will typically have a frame allowance to apply toward the retail price of safety eyewear frames. If a member buys a frame that exceeds the allowance, apply a 20% discount to the overage, and collect the remainder from the member. Refer to the Member Benefit Display for details or variations.
- **Lenses.** Members will have copays for lenses. Refer to the Member Benefits Display in the online claims system for the member's specific copay amounts.
- **Lens options and add-ons.** Lens add-ons are available for safety eyewear.
    - If the patient chooses an option that's covered under their plan, charge the plan copay amount, otherwise follow the Standard Lens Options Schedule for member payment.
    - Polycarbonate is typically a covered benefit for safety eyewear.
- **Additional pair discount.** Members receive 20% off additional complete pairs of safety eyewear. This can't be submitted through the system. Simply apply the discount at the point of sale as you do for other EyeMed discounts.
- **Limitations and exclusions.** The following are excluded and are not covered under the Safety Eyewear Benefit:
    - Plano safety glasses
    - Contact lenses
    - Everyday eyewear instead of safety certified frames and lenses
    - Any frame, lens or lens option that does not meet current ANSI Z87.1 safety standards
    - Materials obtained by other means than those approved as part of the program

## Eligibility
- **Subscriber-only.** Only the employee who is enrolled in the Safety Eyewear Program is eligible. Dependents are not eligible.

## Safety eyewear requirements
- **ANSI standards.** All prescribed materials must meet current American National Standards Institute (ANSI) Z87.1 standards for safety.

48

- **Valid prescription.** The patient's prescription must be valid (<2 years old). If a member received an eye exam elsewhere, they will present their prescription. Based on your professional judgment, you can require a new exam prior to dispensing the safety eyewear.
- **Employer-specific requirements.** Employers may have specific guidelines regarding allowable safety materials for their employees based on work conditions or specific job functions. See the notes in the Service Restriction section on the Member Details page in the online claims system for plan specific information.

## Safety Eyewear Program when using EyeMed's lab network

- **Safety-authorized labs.** Only certain labs in the EyeMed lab network can fulfill safety eyewear jobs. Refer to our Safety Lab Listing to see which labs currently support the Safety Eyewear Program.
  - o You will need to register for at least 1 of these labs before placing your first Safety Eyewear Program claim. Instructions are provided in our lab registration job aid.
- **Frame selection.** Members will choose from a selection of ANSI-certified safety frames available from the participating network of labs.
  - o The full list of available frames is provided in the Safety Frame Catalog.
  - o If you would like to purchase any of the program frames for your dispensary, contact Essilor at 800.386.4389.
- **Frame kits.** Sample frame kits may be provided to your location, depending on the expected volume of members in your practice.
  - o The kit includes a sampling of available frames. Refer to the Safety Frame Catalog for the full list of available frames, materials and colors.
  - o Frames in the kit are for display only and should not be sent to the lab with the member's order.
- **Sample try-on safety frames.** If you do not have an in-office frame kit, you can order sample safety eyewear frames directly from Essilor.
  - o After the member selects a frame from the digital catalog, contact Essilor by phone at 800.386.4389. Provide the frame SKU.
- **Lens products.** The current Safety Product Catalogs, which include all of the ANSI-certified safety eyewear lens products available through EyeMed's lab network, can be downloaded from our communications portal, inFocus.
- **Frame at lab.** All safety frames will be supplied by the labs. You'll select the frame during the integrated claims submission and lab ordering process.
- **Submitting safety eyewear claims when using the lab network.** Follow these steps to file claims and order safety eyewear:
  - o Be sure to select the member record associated with the plan that includes the word "SAFETY" in the name.

- o Submit lab orders to the safety-certified lab you selected through our online claims system.
- o Choose "Frame at Lab." Do not send frames to the lab, as safety-certified labs carry all safety frames.
- **Complimentary side shields.** All safety frames come with side shields (built-in or removable) at no additional charge. For replacement side-shields, call Essilor at 800.386.4389.
- **Remakes on safety eyewear.** You can request a first-time remake from the network lab at no charge within 6 months of the date of delivery for the reasons stated in the Lab section.
  - o Process the remake or redo as a lens-only order.
  - o Work with the lab for remake procedures to find out if you need to return the frame with the remake.
  - o Eyewear can be remade in the case of damage or quality issues with the frame at no cost as part of the manufacturer's product warranty.
  - o If a member wants to change a frame only, he or she is responsible for the cost to change the frame, and you'll handle it as a private pay transaction.
- **Emergency safety eyewear claims when using the lab network.** Use a CMS 1500 claim form with the applicable service codes to submit an Emergency Service claim. The member must qualify for emergency eyewear according to our standard Emergency Service lab policy.
  - o Indicate the word "SAFETY" at the top of the form and include a valid diagnosis code based on their prescription, so we pay you correctly.
  - o Fax the completed form to 866.293.7373.
- **Returns, exchanges and voids of safety eyewear.** Returns, exchanges and voids are not processed as part of the Safety Eyewear Program.
  - o The only exception is when the member cancels his or her order before the order is in the manufacturing process.
  - o In this case, follow our normal void process. Refer to the Lab section for details.
- **In-office finishing and uncut lens ordering.** You cannot use in-office finishing or uncut lenses to fulfill a safety order.
- **Safety eyewear for other members.** You cannot order safety eyewear through our lab network for members who are using their routine vision plan. Please refer to our Client-specific Plan section for details on these groups.

## Safety Eyewear Program when NOT using EyeMed's lab network

- **Frame selection.** You must offer a frame selection of at least 8 ANSI-approved frames that meet the following criteria:
  - o Unisex or at least 4 men's frames and 4 women's frames
  - o Varied material types
  - o Varied eye sizes

50

- o Manufactured at a safety-certified lab
- o Displaying ANSI-required markings
- **Submitting claims for safety eyewear when using the lab of your choice.** Follow these steps to file claims:
  - o Be sure to select the member record associated with the plan that includes the word "SAFETY" in the name.
  - o File the claim through the online claims system or submit the claim using 837 inbound format.
- **Complimentary side shields and case.** Provide complimentary side-shields and a frame case with every safety eyewear purchase.

### Clients covering safety eyewear through a routine vision benefit

- **Client-specific information.** A few existing groups allow members to use their routine benefits on safety eyewear. You won't use the lab network for these groups. Refer to the Client-specific Plans section for details.
  - o American Greetings
  - o National IAM Benefits Trust
  - o Northern Michigan University
  - o Quad Graphics
  - o Railroad Employees National Vision Plan
  - o Vibracoustic

# Pediatric Vision Benefits

### Pediatric Vision Benefits overview

- **Frame selection.** To meet Affordable Care Act (ACA) requirements and ensure consistency of eyewear products, Pediatric Vision Benefits members select from a specific selection of frames. See the details of our inventory requirements.
  - o Members will have **no out–of–pocket cost** if they choose from the inventory selection.
  - o If they decide they want a frame outside the selection, they'll have to pay your regular retail price, and the transaction **will not be covered**.
- **Contact lens benefits.** Pediatric Vision Benefits members receive a 6-month, 3-month or annual supply of contact lenses, depending on the modality as detailed below, at no cost.

| Replacement frequency | Amount dispensed |
|---|---|
| Monthly | 6 month supply |
| 2-week | 6 month supply |
| Daily disposable | 3 month supply |
| Conventional | Annual supply (one pair) |

51

- o The Contact Lens benefit is based on amount dispensed rather than an allowance. You cannot balance bill the member if you dispense more than the indicated amount of contact lenses.  Instead, submit the claim for allowed amount of contacts indicated above only.  Any remaining supply, over $140, should be handled in a separate transaction that is not covered by the EyeMed benefit.

## Multiple-pair benefits (California, Kansas, Kentucky and New York only)

- **Medically necessary additional pairs of eyewear.** Some health plans cover a medically necessary second pair of eyewear for Pediatric Vision Benefits members in California, Kansas, Kentucky and New York.
  - o **California:** Members can qualify for medically necessary contact lenses when certain conditions are present.
  - o **Kansas:** Members receive additional pairs of covered eyewear based on the doctor's recommendation. There are no special criteria or processes.
  - o **Kentucky:** Qualifying members in Kentucky receive 1 additional pair of prescription spectacle lenses of the appropriate power to provide the best possible visual acuity. The frame can be the current frame, if usable, or a new frame that meets the benefit guideline.
  - o **New York:** The benefit covers prescription spectacle lenses or contact lenses. The member is not restricted to 2 pairs only and can receive new glasses or contact lenses for each prescription change.
- **Qualifying conditions for additional pairs of eyewear (Kentucky and New York).** Members qualify for the additional pair of eyewear only when they experience vision change/loss must be due to 1 of the following conditions:
  - o Diabetes
  - o Keratoconus
    - Significant Rx Change/Progressive myopia/astigmatism
    - .75D sphere
    - 1.00D cylinder
    - For NY only: any significant Rx change/progressive myopia
  - o Cataracts
  - o Post-cataract surgery
  - o Prescription medication
  - o Other medical conditions that after review could reasonably cause a change in refractive status
  - o You'll need to provide documentation of the vision change/loss each time a new prescription is needed sooner than the standard 12-month interval.
- **Qualifying conditions for additional contact lenses (California).** Members of Pediatric Vision Benefits plans in California can qualify for medically necessary contact lenses if they have the following conditions:
  - o Pediatric aniridia

  o Pediatric aphakia

# Low vision benefits

Some plans include a low vision benefit for members who have severe eye health and visual problems not correctable with conventional techniques.

**Qualifying Conditions**
- **Criteria for eligibility.** To qualify for low vision, the member must meet 1 of these criteria:
  o Best-corrected acuity is 20/200 or less in the better eye with best conventional spectacle or contact lens prescription.
  o A demonstrated constriction of the peripheral fields in the better eye to 10 degrees or less from the fixation point.
  o The widest diameter subtends an angle less than 20 degrees in the better eye.
- **Low vision supplemental examination.** Low vision supplemental examination consists of a diagnostic evaluation beyond a comprehensive eye exam.
  o Preliminary tests may include assessments such as color vision and contrast sensitivity and include a history of difficulties related to:
    - Reading
    - Activities in the kitchen
    - Glare problems
    - Travel vision
    - Workplace
    - Viewing television
    - School requirements
    - Hobbies and interests
  o When conducting low vision supplemental examinations, take measurements of the member's visual acuity using low-vision test charts with a larger range of letters or numbers to more accurately specify a starting point for determining impairment level.
  o You can also evaluate visual fields or perform a specialized refraction, and you may prescribe various treatment options, including low vision aids, as well as inform the member of other resources for vision and lifestyle changes.

**Covered services and materials**
- **Low vision correction.** The following low-vision aids are covered:
  o **Spectacle-mounted magnifiers.** A magnifying lens mounted in spectacles (called a microscope) or on a special headband, which allows use of both hands to complete close-up tasks such as reading.
  o **Hand-held or spectacle-mounted telescopes.** Miniature telescopes used for seeing longer distances such as across the room

53

to watch television, or that can be modified for near tasks such as reading.

o **Hand-held and stand magnifiers.** Tools that help with short-term reading, such as price tags, labels and instrument dials. These magnifiers can be equipped with lights.

o **Video magnification.** Tabletop (closed-circuit television) or head-mounted systems that enlarge reading material on a video display. Some systems can be used for distance applications. Image brightness, size, contrast and foreground/background color and illumination can be customized.

o **Other low vision aids.** We consider low vision aids other than the above on a case-by-case basis. To request other low vision aids, email the Low Vision Service/Materials Approval Request form to medexceptions@eyemed.com or fax it to 866.552.9115.

## Low vision reimbursements

- **Low vision supplemental examination**
  o You will be reimbursed up to $125 for the low vision supplemental examination.  Member cannot be balance billed for any charges above $125.
- **Low vision aids**
  o You will be reimbursed up to 100% of the member's allowance, after member cost-share, if applicable.  Member is responsible for any amount over the allowance.

# Computer Vision / VDT Benefits

## Computer vision/VDT benefits

- Computer Vision (VDT) Plans are available to clients for employees who are required to use computers and other digital devices on a full-time basis. Qualifying members will have a separate VDT plan in addition to their routine vision plan with either VDT or Occupational Computer Vision Glasses in the plan name.  A Computer Vision/VDT plan is specifically designed to address the complaints of eye strain and ocular fatigue associated with computer use.
- Most Computer Vision/VDT plans include an exam to allow the provider to perform an intermediate refraction as needed in addition to coverage for materials. If a member does not have a Computer Vision/VDT plan but wishes to purchase Computer Vision/VDT materials, they may use their routine benefit to do so.

## Determining computer vision / VDT benefits eligibility

54

- Computer Vision/VDT benefits are visible under the Occupational tab within the online claims system.
- When searching for Computer Vision/VDT plans it is important to remember the following:
  - Examples of VDT Plan Group Name:
    - GroupName VDT
    - GroupName Occupational Computer Glasses Plan
- Check member benefit eligibility as most plans only cover subscribers.

**Filing computer vision/VDT exams**
- Claims for Computer Vision/VDT exams (intermediate refraction) and materials should be filed under the VDT plan when available. When filing claims/placing lab orders be sure to select the appropriate Computer Vision/VDT Plan from the list of available plans. You are allowed to submit refraction only claims on Computer Vision/VDT plans. If filing on paper, use code 92015TG for the intermediate refraction.
- You will receive up to your full exam reimbursement for the intermediate refraction filed under Computer Vision/VDT plans. You will receive your standard materials reimbursement for frame, lens and lens add-ons for Computer Vision/VDT materials claims.

# Utilization Management (Medical/Surgical Eye Care)

**Utilization Management (UM) overview**
- **Definition of UM.** Utilization management (UM) is the evaluation and determination of medical necessity, appropriateness and efficiency of health care services, procedures or a course of treatment based on clinical criteria or protocols.
- **Facility authorizations.** We'll work with the health plan to secure any required facility authorizations for the services.
- **Bonuses and incentives.** EyeMed does not provide bonuses or other financial incentives to the UM associates, clinical peer reviewers or consultants for making determinations, the volume of determinations made or encouraging utilization that could be considered inappropriate, resulting either in an increase or decrease in the level of care or total utilization. There are no bonuses or incentives based on the performance of any UM functions.
- **Reduction of required services.** EyeMed does not arbitrarily deny or reduce the amount, duration or scope of a required service solely on a diagnosis, type of illness or condition of a member.
- **Referral.** Your patients don't need to obtain a PCP authorization or a referral from Anthem, Amerigroup, CareMore or EyeMed for medical and

routine services delegated to EyeMed. Both service visits can also be covered in the same appointment.

## Utilization Management (UM) process

- **UM process.** You'll need to follow our utilization management (UM) process to receive prior authorization for procedures and injections as defined by the health plan.
  - You'll request prior authorization through the UM form available on our online claims system.
  - You'll be notified of approval or denial for standard, non-urgent requests within 14 calendar days.
  - If the service also requires a facility authorization, we'll obtain that for you.
  - UM request turnaround times are:
    - Pre-Service – Standard 14 calendar days
    - Pre-Service – Expedited 72 hours
    - Retrospective – 30 calendar days
    - Part B Drugs – Standard 72 hours
    - Part B Drugs – Expedited 24 hours
- **UM team contact.** Our UM team is available at 866.652.0038 between 8:00 am and 8:00 pm ET Monday through Friday.
- **Expedited requests.** You can request expedited decisions, which are rendered within 72 business hours, by indicating that it's an expedited request on the UM form. Expedited prior authorization is available only if the standard UM decision turnaround time:
  - Could seriously jeopardize the life or health of the member or the ability of the member to regain maximum function.
  - Would, in the opinion of a physician with knowledge of the member's medical condition, subject the member to severe pain that cannot be adequately managed without the requested care or treatment.
- **Emergency services.** Emergency services do not require prior authorization.
  - Notify us by completing the UM request form on the next business day following the emergency care or by calling 866.652.0038.
  - Attach to the form any medical records related to the emergency care.
- **Claims for expanded services.** You can file claims for expanded services with EyeMed. If it's a service that we don't cover, you can contact CareMore to request a facility authorization for the procedure that you will be performing.
- **Claims submission for pre-certified services.** Once the procedure is pre-certified, you can file the claim online through the claims system or via 837 EDI format.

56

- o You can submit multiple dates of service and multiple service lines on the same claim, but only 1 provider should be listed on each claim.
- o Do not file medical eye care and routine vision services on the same claim.
- o When you or your patient are not satisfied with a denied UM decision, you can request an appeal by [appeal process TBD].
- **Co-management.** Co-management is allowed as long as the surgeon who performs the surgery uses co-management modifiers.
  - o The appropriate modifiers must be on the claims submitted by both the surgeon and optometrist.
  - o Co-management guidelines are the same as CMS.

## Client-specific utilization management/pre-certification

Always refer to the Client-specific Plan section to see what other processes may apply.

# Limitations and exclusions

No benefits will be paid for services or materials connected with or charges arising from:

- Medical or surgical treatment, services or supplies for the treatment of the eye, eyes or supporting structures except for Plans that include Medical / Surgical eyecare benefits.
- Refraction, when not provided as part of a Comprehensive Eye Examination.
- Services provided as a result of any Workers' Compensation law, or similar legislation, or required by any governmental agency or program whether federal, state or subdivisions thereof.
- Orthoptic or vision training, subnormal vision aids and any associated supplemental testing unless specifically covered by the Plan; Aniseikonic lenses.
- Any Vision Examination or any corrective Vision Materials required by a Policyholder as a condition of employment including safety eyewear unless specifically covered by the Plan. Some clients may offer a Safety Eyewear Program in lieu of or in addition to a routine benefit plan.
- Solutions, cleaning products or frame cases.
- Plano lenses and non-prescription sunglasses (except for 20% discount), unless specifically covered by the plan; see the Client-Specific Plan Rules section for more details.
- Plano (non-prescription) contact lenses.
- Two pair of glasses in lieu of bifocals.

- Electronic vision devices; except as provided in the Low vision aids benefit.
- Services rendered after the date an Insured Person ceases to be covered under the Policy, except when Vision Materials ordered before coverage ended are delivered, and the services rendered to the Insured Person are within 31 days from the date of such order.
- Lost or broken lenses, frames, glasses, or contact lenses that are replaced before the next Benefit Frequency when Vision Materials would next become available.
- Not all materials are available at all provider locations.
- Members can't combine benefits with any discount, promotional offer or other group benefits plans.
- Allowances are one-time use benefits unless otherwise noted.
- Members can't use remaining balances for additional vision materials unless the plan provides a declining
- balance benefit.
- We'll notify you of any changes to this list. Insurance companies who underwrite our plans may have additional limitations and exclusions.

# COMPLIANCE AND QUALITY ASSURANCE (QA)

## Definitions

- **Post-service claim appeal/dispute:** A request for review by the managed care organization of post-service payment-related claim matters.
- **Clinical appeal:** An appeal is a review by a managed care organization of an adverse benefit determination.
- **Complaint or grievance:** A complaint or grievance means an expression of dissatisfaction about any matter pertaining to administrative issues and nonpayment related matters.
  - o You may access this process by filing a written complaint.
  - o Providers are not penalized for filing complaints.
  - o Any supporting documentation should accompany the complaint.
- **Claim inquiry:** A question about a claim that does not include a request to change a claim payment.
- **Claims correspondence:** When you receive a request for further information to finalize a claim. Examples include medical records, itemized bills and primary plan explanations of payment (EOP).

## Provider post–service claim appeals process

- **Inquiries and correspondence.** If you have questions concerning these, call 888.581.3648 for assistance.**Claims appeals.** A claim must be submitted prior to following this process.
  - o If your claim has been finalized but you disagree with the amount you were paid or the denial of your claim, you may request a post-service claim appeal.
  - o If you are not satisfied with the payment of your submitted claim, you are entitled to a review (appeal) of the claim determination. To obtain a review, submit your request in writing to:
    
    Provider Appeals Coordinator
    EyeMed Vision Care
    4000 Luxottica Place

Mason, OH  45040
Fax: 513.492.3259
eyemedqa@eyemed.com

- **Appeals timing.** For commercial plans, your request for an appeal must be submitted within 180 days of the date of your Remittance Advice.
- **Timely filing requests.** EyeMed will consider reimbursement of a claim has been denied due to failure to meet timely filing deadlines only if you can provide proof of submission within the timely filing limits, or if you can show good cause.

# Assisting a member with an appeal

Members can access their specific appeals processes by referring to their Explanations of Benefits (EOBs) or by logging into the member section of eyemed.com.

# Medicaid appeals

Refer to your state's Medicaid provider manual for specific appeals processes related to Medicaid claims.

# Utilization Management appeals

Medical/surgical eye care procedures that require prior authorization have different appeal processes that may vary by state or health plan. Refer to the Utilization Management section for more information.

# California disputes and appeals

- **Post-service claim disputes.** Use the Post-Service Claim Dispute process when you disagree with the amount you were paid versus what you feel you should have received. Issues may include:
  - Contractual payment issues
  - Disagreements over reduced claims or zero-paid claims not related to medical necessity
  - Other plan denial issues
  - Claim code editing issues
  - Duplicate claim issues
  - Retro-eligibility issues
  - Claim data issues
- **Dispute resolution timing.** You must submit disputes within 365 calendar days of the initial claim determination.

60

- o If the dispute is received outside the above receipt timeframe, it will be dismissed, and we will send you a dismissal letter.
- **Discrimination and retaliation.** We will not discriminate or retaliate against any provider for filing a dispute.
- **Review by California Department of Insurance.** You may seek review by the California Department of Insurance of a claim that an insurer has contested or denied by contacting the California Department of Insurance Consumer Communications Bureau, 300 South Spring Street, South Tower, Los Angeles, CA 90013, or call the Consumer Hotline:
  - o 800.927.HELP (4357)
  - o Out-of-State Callers: 213.897.8921
  - o TDD: 800.482.4TDD (4833)
  - o Internet: http://www.insurance.ca.gov/
- **Dispute resolution.** You have a right to enter into the dispute resolution process described in Section 10123.13 of Article 1. General Provisions – California Insurance Code.
  - o You may have other alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor office and the California Department of Insurance.
- **Review by California Department of Managed Healthcare (DMHC).** You may seek review by the CA DMHC or file a complaint directly with them by calling the Help Center:
  - o 1-888-466-2219
  - o Internet: https://dmhc.ca.gov/
  - o TDD line: 1-877-688-9891

# Colorado appeals

In Colorado, the following process applies:
- **Timing.** We'll resolve provider disputes/reconsideration requests in writing within 45 calendar days of receipt of all necessary information.
  - o You and EyeMed may mutually agree in writing to extend the timeframes beyond the 45 calendar days from receipt of all necessary information timeframe established by regulation.
- **In-person and conference options.** You'll have the opportunity to designate a provider representative in the dispute resolution process, and you or your representative can present the rationale for the dispute resolution request in person. We'll also offer the opportunity to utilize alternative methods such as teleconference or videoconference to present the rationale for the dispute resolution request. We may require appropriate confidentiality agreements from the representative(s) as a condition to participating in the dispute resolution process.

61

- **Written notification of determination.** In the event the determination is not in your favor, the written notification shall include the principal reasons for the determination and the below details:
  - The names and titles of the parties evaluating the dispute resolution request, and where the decision was based on a review of medical documentation, the qualifying credentials of the parties evaluating the dispute resolution request
  - A statement of the reviewers' understanding of the reason for the provider's dispute
  - The reviewers' decision in clear terms and the rationale for the decision
  - A reference to the evidence or documentation used as the basis for the decision.

# Delaware appeals

In addition to the above, the following applies in Delaware:
- **Right to appeal.** You have the right to seek review of our decision regarding the amount of your reimbursement.
- **Claim arbitration.** The Delaware Insurance Department provides claim arbitration services which are in addition to, but do not replace, any other legal or equitable right you may have to review this decision or any right of review based on your contract with us.
  - You can contact the Delaware Insurance Department for information about arbitration by calling the Arbitration Secretary at 302-674-7322 or by sending an email to: DOIarbitration@state.de.us.
  - All requests for arbitration must be filed within 60 days from the date you receive this notice; otherwise, this decision will be final.

# Provider audits

**Audit overview**
- **Reasons for audits.** EyeMed is required to demonstrate that members receive quality eye care. Audits and associated reporting let us provide data that demonstrates consistent eye care that meets specific standards.
- **Healthcare Effectiveness Data and Information Set (HEDIS) audits.** We help collect HEDIS data through HEDIS audits.
- **Disciplinary actions.** Audits could result in disciplinary actions as justified by the findings.
- **Audit selection.** Our Quality Assurance team selects participating providers and/or locations for facility, clinical, financial and/or process audits.
- **Scoring process.** Professional reviewers score each clinical record to determine an average.

- **Medicaid audits.** Refer to the Provider Manual for your state's Medicaid program for audit processes related to Medicaid programs.

## Types of audits and scoring

| Evaluation type | What we're looking for | Scoring |
|---|---|---|
| Facility | <ul><li>Areas of physical access, instrumentation and overall facility condition</li><li>2 sections: Required equipment and facility environment</li><li>Proper cleaning of exam rooms, laboratories, dispensing areas, office and waiting areas</li><li>Operation of a safe and secure environment</li><li>Standard availability of appointments and wait time</li><li>Urgent and emergency care standards</li><li>Availability of eyewear material within provider's office</li></ul> | Required equipment:<ul><li>100% required to pass</li></ul>Facility section:<ul><li>100 - 90 – Excellent</li><li>89 to 70 – Satisfactory</li><li>Less than 70 – Progressive Disciplinary Action</li></ul> |
| Clinical records | <ul><li>Assessment of member records</li><li>Proper documentation of procedures and materials provided to patients</li><li>Financial evaluation</li></ul> | <ul><li>100 to 90 – Good to Excellent</li><li>89 to 70 – Satisfactory</li><li>69 to 0 – Fail: Progressive Disciplinary Action</li></ul> |
| Financial | <ul><li>Financial document evaluation reviews claims against payment and member records</li><li>Financial claim evaluation reviews a provider and/or location's claim history to reveal billing patterns</li></ul> | <ul><li>100 – Excellent</li><li>99 to 80 – Satisfactory</li><li>79 to 0 – Fail: Progressive Disciplinary Action</li></ul> |
| Process | <ul><li>Review of clinical and business practices for a specific reason, such as adherence to clinical coverage criteria or application of a benefit and compliance with lab ordering</li><li>In-Office Finishing and emergency service policies (if applicable)</li><li>Comprehensive eye examination, general patient observations, clinical/diagnostic testing and refraction</li><li>Availability to LEP patients and appropriate material for non-native speakers</li><li>Medical records and HIPAA security and storage;</li><li>Availability to laboratories and test results within 7 working days</li><li>Quality of care provided to patients</li></ul> | <ul><li>Clinician Section:</li><li>100 – 90 - Excellent</li><li>89 to 70 – Satisfactory</li><li>Less than 70 – Progressive Disciplinary Action</li></ul> |

| Evaluation type | What we're looking for | Scoring |
|---|---|---|
| HEDIS | • Collection of HEDIS data to assess and compare quality of care | NA |

## Audit process

- **Record availability.** You must make members' clinical, financial and administrative records available to us or other authorities that are reviewing quality of care at no charge to us or the member.
- **Audit documentation submission.** You will be asked to submit all audit documentation through a secure online form available at https://audit.eyemedonline.com or https://eyemed.filebound.com/portal/596 in the timeline indicated on the audit request.
- **Consequences for non-response.** If you don't respond to our requests for information within the specified time, we will take action to recoup the reimbursements on those audited claims.
- **Forwarding address upon leaving network.** If you leave your practice or our network, provide us with a forwarding address so members can get copies of their clinical and administrative records if needed.

## Audit disciplinary action

| Noncompliance level | Reasons |
|---|---|
| Level 1 noncompliance | • Non-response to Quality Management request or notice<br>• Billing and/or claim filing errors<br>• Lower than expected quality of service and/or materials, standards of optometric care and/or professional behavior<br>• Failure to follow our quality, contractual or administrative protocols<br>• Violating the terms of our Provider Agreement |
| Level 2 noncompliance | • Continued Level I noncompliance<br>• Provider/member conflict: if your practice requires Provider Appeal, Peer Review or QMA intervention |
| Level 3 noncompliance | • Continued noncompliance with our rules and standards that includes a "notice of involuntary termination" review from the Peer Review |

- **Timing to respond to equipment failures.** If you fail an equipment evaluation, you'll have 10 business days to correct any issues or face disciplinary action. We'll remove you from the network if you don't respond or correct equipment issues within 30 days.
- **Member refunds.** If we determine the member is due a refund, and you don't reimburse the member or reinstate their benefit, we may reimburse them on your behalf and deduct the amount from future payments to your account, where permitted by law.
- **Corrective action plans.** You may be subject to re-evaluation or a corrective action plan if you fail or score less than "excellent" on audits.

64

Facility audit failures are subject to accelerated disciplinary action, and the corrective action plan must be completed within 30 days.

- **Overpayment collections.** If we find any overpayments during a financial record audit, we'll collect the overage from future claim payments as allowed by law.
- **Fraud, waste and abuse violation disciplinary actions.** For suspected fraud, waste or abuse, additional actions, including involuntary termination, may be taken.

# Fraud, Waste & Abuse (FWA) prevention

## Fraud, waste and abuse prevention overview

EyeMed follows Centers for Medicare and Medicaid Services (CMS) requirements and other industry standards related to preventing FWA. Our FWA prevention goals are:

- To effectively pursue the prevention, investigation and prosecution of potential healthcare FWA.
- To recover overpayments on behalf of our clients.
- To comply with state and federal regulations and clients' requirements for preventing fraud.

## Exclusion screening and documentation

- **Exclusion from receiving federal funds.** You must make sure any individual or entity you intend to hire, sub-contract or add into your practice ownership is not excluded from receiving federal funds. If they appear in the below exclusion lists, they will not be able to provide services to EyeMed members.
  - The Office of Inspector General's (OIG) List of Excluded Individuals and Entities (LEIE).
  - System for Award Management (SAM), see "search records."
- **Monthly monitoring.** You should check websites monthly for the exclusion status of any current or prospective team members.

## Consequences of identified FWA

We conduct audits and other measures to monitor and correct potential fraud, waste and abuse. Identified FWA concerns may result in *some or all* of the following:

- Provider education and warning
- Monitoring of the provider's submitted claims activity and/or implementation of a Corrective Action Plan
- Comprehensive provider audit and/or quality review of the provider's claim activity
- Withholding of the provider's claim payments or demand for restitution for recovery of overpayments

- Termination of the provider from the network
- Reporting of suspected fraudulent activity to comply with state and federal regulations and/or clients' requirements.

# Annual training requirements

Our clients who are contracted with the Centers for Medicare and Medicaid Services (CMS) require providers to complete compliance training within 90 days of hire or contract, and annually thereafter. We must report compliance with these requirements to clients.

**Your requirements**
- **Who must take training.** The requirement applies to:
  - Everyone working within your location.
  - Anyone who has at least a 5% ownership in your business.
  - Anyone to whom you subcontract work.
- **Training topics.** Training should cover the following topics:
  - FWA awareness and prevention
  - General Compliance/Compliance Program Effectiveness (federal)
  - HIPAA (federal and state privacy)
  - Information Security (federal & state)
  - Cultural competency
- **Additional topics.** Additional topics could be added in compliance with CMS requirements or state law.
- **Consequences for non-compliance.** You could be subject to disciplinary action and will be out of compliance with CMS or state regulatory agencies if you don't complete this process.

**Annual training process**
- **Annual training period.** We'll notify you when the annual tracking period is open.
- **Training sources.** You can download training from our communications portal or use another source that meets CMS requirements.
- **Training attestation.** Once the training has been completed by everyone in your practice, you must attest that you meet the requirement by logging in to our communications portal at eyemedinfocus.com and going to My EyeMed > Annual Training.

# Returning to the network after involuntary termination

**Waiting period and approval**

66

- **One year waiting period.** If you're involuntarily terminated from the network and wish to reapply, you can do so after 1 year subject to approval by our Quality Assurance department and a probationary period.

## Application process
- **Application for returning to network.** You can request to reapply to the network after termination in writing. Your request must acknowledge the reason for your termination and provide evidence of how you've addressed the issue that caused your removal from the network. You must also be in good financial standing with EyeMed and all affiliated entities.
- **Approval process.** Our Peer Review Subcommittee reviews reapplication requests from providers who were previously involuntarily terminated.
- **Next steps if approved.** If approved, you will:
    - Need to reapply to the network.
    - Be subject to network and credentialing rules and requirements at the time of reapplication.
    - Be under probation for 12 months following reinstatement.
- **Next steps if denied.** If your request to reapply is denied, we'll let you know why and explain the requirements to successfully re-enter the network. You may reapply again after 1 year.

## Probationary period
- **Probationary period conditions.** If approved to re-join the network, you'll be admitted for a 12-month probationary period, during which you:
    - Agree to additional audits at your expense to monitor compliance with all EyeMed participation criteria and your corrective action plan.
    - Must utilize the EyeMed lab network unless prohibited by state law.
    - Must attest annually that all staff members have completed a minimum of 10 hours of continuing education related to proper coding, billing and/or FWA prevention.
- **Consequences for non-compliance during probationary period.** If you don't comply with all rules and standards during this period, EyeMed can immediately terminate you from the network.
- **Readmittance after probationary period.** If you do comply with all rules and standards during this period, EyeMed will readmit you to the network in the same manner as all providers.
- **Circumstances prohibiting re-entry.** Some situations prohibit re-entry, including evidence of physical or potential harm to a member or alleged fraud.

# LAB PROCESSES AND OPERATIONS

## Lab network

### Lab network requirements

- **Contractual obligation to use network labs.** Unless your contract states otherwise, you must use our network labs or single vision In-Office Finishing program (if applicable) for all EyeMed member eyewear.
  - If your state allows you to use the lab of your choice and you wish to modify your arrangement, contact us at 888.581.3648 to receive a form to update your agreement with us.
- **Good financial standing.** You must stay in good financial standing with the network labs, even related to non-EyeMed orders.
  - If you don't stay in good financial standing with labs, your claim may be paid according to the fees listed under the heading Claims Submitted Outside of Our Online Claim System on the back of your fee schedules.
- **Online lab ordering.** You must submit all lab orders through our online claims system.
  - Labs do not accept CMS 1500 forms or 837 inbound.
  - If you submit a hard copy claim for eyewear that should have been ordered through the lab network, you will be reimbursed according to the fees listed under Claims Submitted Outside of Our Online Claims System on the fee schedules you received as part of your contract.

### Our lab network

- **Lab network composition.** EyeMed's lab network includes labs across the country, including Essilor labs, Walman labs and Luxottica Lab Services (LLS).
  - Eyewear for Medicaid and Safety Eyewear Program members are available only at certain labs.
  - You can choose to fulfill orders at any of the labs on EyeMed's lab network.
  - The current list of network labs is available on our communications portal, inFocus.

### Lab order process

- **Placing lab orders.** Submit lab orders through our online claims system at the same time you file the claim.
- **Lab responsibilities.** The lab will make lenses based on the member's prescription and options indicated on the claim, insert the lens into the frame you provided and ship the completed pair back to your office.

68

- **Lab order turnaround time.** The lab will ship the product back to you within 7 business days from the time it receives the frame.
  - If you do not receive your product within 7 business days, contact the lab directly.

## Lab network exclusions
- You will not use the lab network for the below situations:
  - Standalone discount programs, materials only discount plans and discounts on additional purchases after use of the funded benefit (although you can order eyewear materials for members with discounted materials through our lab network if you choose)
  - Low vision materials
  - Pediatric Vision Benefits **pre-deductible plans** (all other plans use the lab network)
  - Pediatric Vision Benefits medically necessary multiple pairs
  - Any other benefit that requires the submission of a CMS 1500 form
  - Any plans or groups specifically excluded
  - Emergency services/situations

# Product catalog requirements

## Product catalog overview
- **Definition of product catalogs.** When using the lab network for eyewear orders, you're required to order lenses listed in the Essilor or Luxottica Lab Services product catalogs for EyeMed when members use their funded benefits, except for certain situations that require the use of a hard copy CMS 1500 form.
  - Product catalogs include all products available for order through the lab network.
  - Some product lines (e.g., Oakley and Ray-Ban) have their own catalogs.
  - You can access full product catalogs on our communications portal, inFocus.
  - Refer to the Safety Eyewear Program section for specific safety lens product information.
  - Medicaid programs will have unique catalogs that include the lenses and options available to those members.
- **Using the product catalog online.** When filing the claim online, you'll select the lenses and lens options you wish to order in the lab order section. Drop-downs for each lens, treatment and option will include the products available for the lab you choose at the beginning of the lab order process.
- **Updates and reviews.** We update catalogs periodically to ensure access to the latest technologies.

69

- o We update product catalogs periodically to reflect changes in technology and new products.
  - o We'll notify network providers when new catalogs are available.
- **Lab charges.** You can find more information on lab charges for specific lenses, lens options and finishing services in the Lens and Options Chargeback Schedule.

# Sales and use tax

You're required to follow your state laws regarding sales tax on eyewear purchases.

**Sales and use tax resale certificate**
- **Certificate submission.** If you're in a state or region that charges sales tax on eyewear, complete your state's sales tax resale certificate and upload via our online form.
  - o These certificates allow a seller that buys products at resale to often avoid paying sales tax when purchasing the items.
  - o If you don't return the form, and you're in a taxable region, you'll be charged sales tax on your lab orders.
  - o The seller on the form should be indicated as: OPTICAL PROCUREMENT SERVICES LLC, 4000 LUXOTTICA PLACE, MASON, OH  45040.
- **Re-certification.** Your state may require re-certification periodically. Be prepared to provide an updated form when requested.
- **Reimbursement for taxes collected in error.**  EyeMed will not refund taxes collected in error if you did not supply a sales and use tax form, or if the sales and use tax form on file expires.

# Emergency eyewear orders

**Definition of emergency eyewear orders**
- **Qualifying reasons for emergency eyewear orders.** An emergency occurs when, in your professional judgment, there's a critical patient visual need that cannot be addressed through normal contract lab services. Examples include:
  - o A member's safety and/or well-being is at risk without the immediate delivery of prescription eyewear.
  - o The member is unable to function at work or school and doesn't have an alternate pair of glasses or contact lenses.
  - o Lenses or lens options not in our product catalog that you deem necessary based on your professional judgment. When filing an emergency service claim, you'll need to explain your professional justification.

- o The member suffers a loss, theft or breakage of prescription eyewear, has no alternate pair and can't wear contact lenses.
- **Ineligible reasons for emergencies.** Requests for faster turnaround time for convenience (such as to accommodate trips, vacations or other events), a desire for faster service, or when the member has another serviceable pair of glasses or contact lenses, aren't considered emergencies.

## Emergency lab order process
- **Labs for emergency orders.** You may use the lab of your choice, including a non-contracted lab, for emergency eyewear orders. It will be treated as a private pay lab transaction.
- **Emergency eyewear claims.** Submit a CMS 1500 form in hard copy to receive payment according to the amounts listed under the Claims Submitted Outside of Our Online Claims System section on your fee schedules.
- **Balance billing.** Don't balance bill the member for any difference in reimbursement from the schedule if you order a lens that's not in one of our catalogs.

# Lab order refunds, returns and remakes

If you're not satisfied with the end product from the lab, or the member has problems adapting to progressive lenses, the lab will correct reasonable remake requests as outlined below.

## No-charge remakes
- **One-time free remake.** You can request a no-charge remake from a network lab 1 time per job within 6 months of the date of delivery
- **Reasons for no-charge remake.** The following reasons qualify for a no-charge remake:
  - o Power changes (excludes power changes resulting in plano lenses).
  - o Axis changes.
  - o Base curve changes.
  - o Segment height/segment style changes due to non-adaptation (i.e., FT28 to Executive).
  - o Lens style change (except when going from a lower to higher technology like from a bifocal to a progressive)
  - o Transcription errors (not including transcription errors involving tints, photochromics, frames or coatings).
  - o Material change (i.e., glass to plastic, plastic to poly, plastic to high index plastic or glass, etc.)
  - o Lab errors.
  - o Progressive lenses under warranty.

71

- **Ineligible reasons for free remake.** You can't receive a free lens remake for the following:
  - Frame change remakes without a change in lens prescription
  - Subsequent remakes after the first 1 (excludes lab errors)
  - Patients' upgrade requests
  - Lost materials
  - Materials broken or damaged by the member or provider
  - Errors made during lab order process
  - Any lenses with upgrades
  - Changes requested after 6 months of delivery
- **Lab errors.** Remakes for lab errors are processed free of charge.
- **Changes to lesser technology.** If a member wants to change to a lesser technology from a more advanced lens type (for instance, from a progressive lens to a bifocal), work with the lab to determine applicable charges. Members are expected to pay any charges above and beyond the original order.
- **Manufacturer warranties.** Labs will honor any manufacturer warranties. Any financial issues resulting from the manufacturer's product warranty should be handled between you and the lab.

## Remake process
- **Process for free remakes.** Return the lenses to the same lab (within 6 months of the original delivery date) along with the original invoice/shipping slip, an explanation of why you're returning the lens and any supporting documentation.

## Changes to frames only
- **Frame change process.** Members are responsible for the cost to change a frame.
  - Handle it as a private pay transaction.
  - Fax the request to the lab and ship the new frame to the lab with the existing pair of glasses.

## Progressive lens non-adapts
- **First-time progressive lens non-adapt.** When a member can't adapt to progressive lenses while they're under warranty, the lab will remake the lenses 1 time at no charge in the same design and material (or lesser-priced design and material).
- **Additional progressive lens non-adapts.** If the member still can't adapt to the second (remade) glasses with progressive lenses, request another remake to switch the member back to lined bifocals, but you'll have to pay full invoice cost for this additional remake. If this happens, follow the same remake/return process outlined above.

## Subsequent remake requests

- **Requests for additional remakes.** Additional requests must be handled as a private pay transaction between you and the lab.

# Single Vision In-Office Finishing program

Our single vision In-Office Finishing (IOF) program lets you offer same-day service by purchasing finished single vision lenses directly from Nassau OOGP Vision Group and using your in-house edging equipment.

## Participation requirements

- **Program requirements.** Beginning January 30, 2022, to participate in IOF, you must:
  - Have a valid Bill To and Ship To Account with Nassau OOGP Vision Group.
  - Order all lenses from Nassau using our Lens Ordering link unless prohibited by state law (e.g., Utah, "free to choose" states, etc.).
  - Have IOF capabilities.
  - Produce eyewear that meets ANSI standards.
  - Complete eyewear within 7 business days.
- **Exclusions to IOF.** You can't use IOF for the following plan types:
  - Safety Eyewear
  - Medicaid (may vary by state)
  - Declining balance plans
  - Package benefits
  - Deductible plans
- **Program registration.** You must register for IOF on the online claims system.
  - Click on the In-Office Finishing link to agree to the terms above.
  - Detailed instructions are available on the communications portal, inFocus.

## Claims and audits

- **Claims submission.** After you register for IOF, you'll have the option to choose IOF when processing the claim. When choosing the IOF claim submission option you'll be required to choose the Bill To and Ship To account that is on file with Nassau. Any account questions should be directed to Nassau via the following options:
  - Chat with Nassau (Monday-Friday from 10 am-6:30 pm EST)
  - Call Nassau at 800.526.0313 (Monday-Friday from 9 am-7 pm EST and use prompt 1)
  - Get help creating a Nassau account: accountmaintenance@nassauoogp.com

All other aspects of claims filing are the same.

- **Claims count and order auditing.** If allowed by law, your IOF claim count will be compared with your orders through our Lens Ordering link.

- o If we notice a discrepancy between the two, we will provide you with notice of the non-compliance.
- o If you don't explain or correct the discrepancy, we may remove your access to the IOF program.

# Lens only program

EyeMed's lens only program lets network providers receive surfaced, edged lenses directly from contracted network labs without sending a frame. You can use the Lens Only program for most jobs.

### Lens only program requirements

- **Participation requirements.** You must have a tracer calibrated within manufacturer tolerances and according to manufacturer-suggested schedule, with the ability to download and transmit trace data in the Vision Council standard format.
- **Jobs ineligible for lens only.** Some frames or lens edging may necessitate sending the frame to the lab. If a submitted lens only order cannot be filled for a specific frame or lens, the lab may notify you if identified prior to starting the lens order. Examples of exclusions include:
  - o Three-piece/drilled rimless
  - o Wrap frames (those with a base curve higher than 6)
  - o In-line/double-groove frames
  - o U-bevel frames (zyl frames with deep groove)
  - o Mini/shallow-bevel frame (too small for standard bevel)
- **Records requests.** We may request tracer and calibration records during our Quality Assurance process.

### Lens only ordering process

- **Lens only orders through the online claims system.** Submit lens only lab orders through our online claims system by checking the "Lens Only w/ Trace" button. Upload a trace file in either text (.txt) or .xml format using the Vision Council standard format.
- **Archived trace files.** You can send a lens only job using a reference to an archived trace file.
  - o Put a prior order or invoice number in the reference field in the online system.
  - o If the lab needs an updated trace file, send it separately from the original order.

### Order changes and remakes

- **Changes after the order has been started.** Changes to Lens Only orders, once submitted to lab, may result in a private pay transaction if the order has been started.

74

- **Remakes.** Our standard <u>remake policy</u> applies to lens only orders, with the following exceptions:
  - Lens fitting issues due to tracer calibration that exceed manufacturer tolerances or are outside the suggested calibration schedule.
  - Damage or breakage during lens fitting.
  - Fitting issues related to the trace data supplied for lens only jobs, unless caused by lab error.

# Uncut lens program

EyeMed's uncut lens program lets network providers receive surfaced lenses directly from EyeMed-contracted network labs, so you can control quality and complete the edging and mounting in-office.

## Uncut lens program requirements
- **Participation requirements.** You must have an edger and the ability to edge and mount frames within manufacturer tolerances.
- **Jobs ineligible for uncut lenses.** You can't use uncut lens ordering for:
  - Tint
  - Mirror
  - Lab-applied UV
  - Glass
  - Balanced lenses
  - Slab off
  - Certain complex frames that require specific mounting or bevels

## Uncut lens ordering process
- **Uncut lens ordering through the online claims system.** Submit uncut lens lab orders through our online claims system.
  - When you submit an uncut job, choose "uncut" as the job type from the available job type list.
  - Choose a frame type for every uncut order to ensure the member benefit is applied correctly.

## Remakes
- **Remake policy and exceptions.** Our standard remake policy applies to uncut lens orders, with the following exceptions:
  - Damage or breakage during edging and/or mounting of the lens.
  - If you're unable to complete the edging or mounting of the frame, causing you to send a frame to the lab to complete the job.

# CLIENT–SPECIFIC REQUIREMENTS

## Medicaid

If you're part of a Medicaid program we administer, additional requirements pertain to your care of Medicaid members. You will be notified in advance of the program's start with specific requirements.

Provider Manuals for Medicaid programs are available on EyeMed's provider communications website, inFocus.

## AT&T

- Members of AT&T's management plans have coinsurance. Please refer to our communications portal, inFocus, for a detailed explanation of coinsurance and a calculator to help you estimate the member's out-of-pocket cost when using coinsurance.
- **Safety eyewear.** AT&T lets members use their routine vision plan for safety eyewear.
  - When filing these claims, use CPT codes for standard eyewear rather than for safety eyewear.
  - Don't use the contracted lab network for safety eyewear under this plan

## Blue View Vision (Anthem)

One of our largest private-label resellers is Anthem, which markets routine vision plans under the names Blue View Vision, UniView Vision and other names.

- **Member eligibility and claims submission.** You'll follow the same process to look up members and file claims that you do with EyeMed members.
- **Post-cataract lens exceptions.** Some Blue View Vision groups have additional coverage for eyewear after members have surgery for cataracts.
  - When this applies, members are loaded into 2 plans — their routine vision care benefit and their post-cataract plan.
  - The post-cataract plan will be clearly identified in the plan name (e.g., Anthem POST-CAT).
- **Provider verification.** Each year Blue View Vision requires certain providers to verify their practice information on file with EyeMed. Failure

to do so can result in termination from the Anthem network or removal from the in-network provider locator.

- **Anthem/Blue View Vision low vision benefits.** EyeMed forwards all documentation for low vision benefits to Anthem's Optometric Director for review.
    - o The Anthem Optometric Director approves or denies the pre-authorization and determines the benefits available based on Anthem's benefit designs.
    - o Benefit information is not housed in our claims system and may vary by member.

# CareMore

- **Procedures and injections requiring pre-certification.** You're required to obtain pre-authorization for the below 6 surgical procedures and injections.
    - o Intravitreal injections: J0178, J0585, J0586, J0588, J2778, J3396, J3490, J7313, J7316, J2503
    - o Blepharoplasty and ptosis repair: 15822, 15823, 67900-67914
    - o Botulinum toxin (Botox): J0585, J0586, J0588
    - o Cataract surgery: 66982 & 66984
    - o Glaucoma Surgery: 65850 & 65855
    - o Unlisted procedures 66999, 67299, 67399, 67999, 68399, 68899, 92499
    - o Clinical guidelines for each are available on our provider portal at eyemedinfocus.com.
- **Facility authorizations.** If you need a facility authorization for services other than those processed through EyeMed, you'll need to obtain it directly from CareMore. Contact CareMore's Utilization Management department at 888.291.1358 (Option 3, Option 3, Option 2).

# Cemex (through Aetna Vision)

- **Safety eyewear.** Cemex allows members use their routine vision plan for safety eyewear.
    - o When filing these claims, use CPT codes for standard eyewear rather than for safety eyewear.
    - o Don't use the contracted lab network for safety eyewear under this plan.

# Cigna Vision – Commercial

**Recognizing a Cigna Vision member & member look-up**
- If Members are issued a Cigna ID card, the ID card will display a Cigna-specific ID# *(Alternate Member Identification Number, also known as an AMI#)* that can be used to locate a member.
- If the Cigna-specific ID# (AMI#) is unknown, perform a standard member search using the Members First Name (FN), Last Name (LN) and Date-of-Birth (DOB) in the online claims system.
- All family members, Subscribers and Dependents, may be enrolled in selected benefits.
- Members may be enrolled in more than one plan.
- Cigna Vision Group IDs will contain many Cigna Vision clients. You will not see the client name in the Group name in most cases. There are some clients who will have their own unique Group ID, due to special handling or requirements. Remember to search for the member using FN/LN/DOB or AMI ID.
- If you are unable to locate a member, call 888-581-3648 for assistance.

**Cigna medical exam claims with refraction**
- Submit medical exam claims with refraction directly to Cigna for processing.
- Cigna will adjudicate the medical exam claim and redirect refraction services to EyeMed for processing.
- Based upon the member's available benefit, EyeMed will process the refraction portion of the claim.
- Any applicable payments for the refraction service will be reimbursed to the provider or member directly, based upon how the claim was submitted.

**Cigna Commercial COB Process**
If the member is covered by more than one vision plan (whether it is another carrier or another Cigna Plan), the member may either a) receive two separate sets of services or b) choose to have both plans pay for one set of services (dependent upon eligibility at the time of services).
- If the member chooses to have both plans pay for one set of services, this would be considered a coordination of benefits. You should work with your member to determine which plan is primary.
- If Cigna is determined primary, claim should be submitted via the online claims system or 837.

- If Cigna is determined to be secondary, claim should be sent to the primary plan first. Then submit a paper CMS-1500 form to EyeMed along with the explanation of payment from the primary insurance.

The EyeMed benefit will be applied based on the EyeMed Allowable Charge to offset eligible member copays or member out of pocket.

## Claim Filings for 2 Cigna Plans

If the member has two Cigna plans (member and spouse each have coverage with Cigna as an eligible employee), below outlines four options for the member:

a. Receive One Pair of Glasses - When the patient obtains one complete pair of glasses, the secondary plan benefits can be coordinated to offset plan co-payment(s), lens enhancements, and/or frame overage.
   i. Submit your claim via the online claims system or 837 under the member's primary plan.
   ii. Then, submit a paper CMS-1500 to EyeMed, including the explanation of payment for the primary claim. You will be reimbursed up to the maximum EyeMed allowable amount, not to exceed the total charge.

b. Receive Two Pairs of Glasses - When the patient obtains two pairs of glasses, the secondary examination amount can be applied toward out-of-pocket expenses on both complete pairs of glasses.
   i. Submit your first pair claim via the online claims system or 837 under the member's primary plan.
   ii. Then, submit a paper CMS-1500 to EyeMed for the second pair, including the explanation of payment for the primary claim. You will be reimbursed up to the maximum EyeMed allowable amount for the services plus the contracted Exam rate, not to exceed the total charge.

c. Receive Contact Lenses - When the patient receives contact lenses and an eye exam, the exam can be paid using the primary benefit. The contact lens allowances under both plans and a secondary exam amount can be applied toward the contact lenses.
   i. Submit your claim via the online claims system or 837 under the member's primary plan.
   ii. Then, submit a paper CMS-1500 to EyeMed for the contacts, including the explanation of payment for the primary claim. You will be reimbursed up to the maximum EyeMed allowable amount for the services plus the contracted Exam rate, not to exceed the total charge.

d. Receive Contact Lenses & Glasses - When the patient receives an eye exam, a complete pair of glasses and contact lenses, the exam amount

79

available on the secondary benefit can be applied to offset out-of-pocket expenses from the complete pair of glasses and contact lenses.

i. Submit your claim via the online claims system or 837 under the member's primary plan for exam, and either glasses or contacts.

ii. Then, submit a paper CMS-1500 to EyeMed for the additional services received (ie; if you submitted the glasses under the first plan then submit the contacts under the second plan), including the explanation of payment for the primary claim. You will be reimbursed up to the maximum EyeMed allowable amount for the services plus the contracted Exam rate, not to exceed the total charge.

## Cigna Vision Benefit Details

- **Medically Necessary Contacts** will be displayed as Therapeutic Contacts when viewing the plan Benefit Summary.
- **Lens Packages.** Some plans have a package for each lens type which include specific lens options in the lens allowance benefit. Lens Options included in the package are:
  - Adults - Glass, Oversize, Prism
  - Kids - Glass, Oversize, Prism, Polycarbonate
- Lens options not included in the package will utilize EyeMed standard discounts
- **Cigna Vision C4 plans.** The Cigna Vision C4 plans include thirty percent (30%) off frames and a lens package.

- **Allowance plans.** Some Cigna Vision plans will price with a thirty percent (30%) discount before the allowance amount.

- **Exam Only plans.** Cigna Vision has a thirty percent (30%) discount off complete pair and twenty percent (20%) off on partial pair.
- **Additional Pair Discount.** The Additional Pair Discount will vary by plan for Cigna Vision. There are some plans where the discount on an additional pair of glasses is thirty percent (30%) off and there are some plans where the discount on an additional pair of glasses is forty percent (40%) off.   The discount will be displayed in the benefit summary and should be deducted from the member out of pocket costs.
- **Safety plans.** Some members will have a Safety plan in addition to routine benefits. Choose the Safety plan when applying Safety benefits.
- **Indemnity Plans.** The benefits for in-network will be the same as the out-of-network benefits.
- **Maximum out-of-pocket limits.** Some Cigna Vision plans will have an Individual Max out of Pocket Limit.
  - When the member has reached their Max out of Pocket Limit, the pricing will show as zero cost to the member for that service.

- When the member has not met their Individual Max out of Pocket Limit, the pricing will reflect a member charge for the copay and/or coinsurance amount for that service.

## Complaint Response Requirement

- You may receive requests for information. Please respond and provide the Quality Assurance team with the following information within five (5) calendar days.
  - Your written explanation of events surrounding the member's complaint
  - A copy of the member's exam record (chart) including all documented diagnosis testing
  - Any forms signed by the patient, such as consent or refusal of services, HIPAA acknowledgements, Advance Beneficiary notices, financial obligation forms or medical history questionnaires
  - Financial statements for all services and materials, showing the usual and customary charges and the amount paid

## Record Availability

You must make members' clinical, financial and administrative records available to us or other EyeMed authorities that are reviewing quality of care at no charge to us or the member.

## Consequences for non-response

If you don't respond to our requests for information within the specified time, you may be subject to a corrective action plan.

## Cigna Vision Safety Eyewear Program powered by EyeMed

The Safety Eyewear Program Serviced by EyeMed offers vision benefits to employees needing on-the-job protective eyewear. It's sold separately to Cigna Vision clients in addition to their routine vision plan.

## Reimbursements

- **Dispensing fee for safety eyewear.** You will receive a twenty-five dollar ($25) dispensing fee for each pair of complete safety glasses fulfilled through the EyeMed Lab Network.  A pair of complete safety glasses includes the Frame, Lens, and Polycarbonate or Glass material.
- **Lens options under the Safety Eyewear Program.** You'll receive one hundred percent (100%) of your submitted charge for non-covered lens options.
  - There is no additional reimbursement for dispensing polycarbonate or glass lenses in safety eyewear when utilizing the EyeMed Lab Network.

81

- **Lens and Options Chargeback Schedule** will apply for all safety eyewear orders placed through the EyeMed Lab Network.
- **Safety glasses fulfilled outside of the EyeMed Lab Network.** For safety glasses fulfilled outside of the EyeMed Lab Network, you will receive one hundred percent (100%) of your submitted charge for Frame, Lens, Materials, and Lens Options. You will also be fully responsible for fulfilling the lab order for the pair of complete safety glasses.

## Safety Eyewear Program benefits

- **Eye exams.** The Safety Eyewear Program is a materials-only benefit, so an eye exam is not covered.
  - In most cases, members will be eligible for a comprehensive eye exam under other sources, such as medical coverage or routine vision benefits. Double-check exam eligibility under any available plan for that member. If the member is still eligible for eye exam coverage through a different plan, and you accept that plan, you can bill the eye exam to the other plan.
- **Frames.** Members will have a frame allowance to apply toward the retail price of safety eyewear frames. If a member buys a frame that exceeds the allowance, a discount may be applied to the overage but is not required.  You will collect the remainder from the member.  Refer to the Member Benefit Display for details or variations.
- **Lenses.** Members will have copays for lenses. Refer to the Member Benefits Display in the online claims system for the member's specific copay amounts.
- **Lens options and add-ons.** Lens add-ons are available for safety eyewear.
  - If the patient chooses an option that's not covered under their plan, they are fully responsible for the charged amount.  You may apply a discount to the charge but it is not required.
  - Polycarbonate and glass materials are covered benefits for safety eyewear and will be reimbursed at the contracted amounts with no member responsibility.
- **Limitations and exclusions.** The following are excluded and are not covered under the Safety Eyewear Benefit:
  - Plano safety glasses
  - Contact lenses
  - Everyday eyewear instead of safety-certified frames and lenses
  - Any frame, lens or lens option that does not meet current ANSI Z87.1 safety standards
  - Materials obtained by other means than those approved as part of the program

## Eligibility

- **Subscriber-only.** Only the employee who is enrolled in the Safety Eyewear Program is eligible. Dependents are not eligible.

## Safety eyewear requirements

- **ANSI standards.** All prescribed materials must meet current American National Standards Institute (ANSI) Z87.1 standards for safety.
- **Valid prescription.** The patient's prescription must be valid (< two (2) years old). If a member received an eye exam elsewhere, they will present their prescription. Based on your professional judgment, you can require a new exam prior to dispensing the safety eyewear.
- **Employer-specific requirements.** Employers may have specific guidelines regarding allowable safety materials for their employees based on work conditions or specific job functions. See the notes in the Service Restriction section on the Member Details page in the online claims system for plan-specific information.

## Safety Eyewear Program when using EyeMed's lab network

- **Safety-authorized labs.** Only certain labs in the EyeMed lab network can fulfill safety eyewear jobs. Refer to our Safety Lab Listing to see which labs currently support the Safety Eyewear Program.
  - You will need to register for at least one (1) of these labs before placing your first Safety Eyewear Program claim. Instructions are provided in our lab registration job aid.
- **Frame selection.** Members will choose from a selection of ANSI-certified safety frames available from the participating network of labs.
  - The full list of available frames is provided here.
  - If you would like to purchase any of the program frames to dispense, contact Essilor at 800.386.4389.
- **Frame kits.** Sample frame kits may be provided to your location, depending on the expected volume of members in your practice.
  - The kit includes a sampling of available frames. Refer to the Safety Frame Catalog for the full list of available frames, materials and colors.
  - Frames in the kit are for display only and should not be sent to the lab with the member's order.
- **Sample try-on safety frames.** If you do not have an in-office frame kit, you can order sample safety eyewear frames directly from Essilor.
  - After the member selects a frame from the digital catalog, contact Essilor by phone at 800.386.4389. Provide the frame SKU.
- **Lens products.** The current Safety Product Catalogs, which include all of the ANSI-certified safety eyewear lens products available through EyeMed's lab network, can be downloaded from inFocus.
- **Frame at lab.** All safety frames will be supplied by the labs. You'll select the frame during the integrated claims submission and lab ordering process.
- **Submitting safety eyewear claims when using the lab network.** Follow these steps to file claims and order safety eyewear:

83

- o Be sure to select the member record associated with the plan that includes the word "SAFETY" in the name.
- o Submit lab orders to the safety-certified lab you selected through our online claims system.
- o Choose "Frame at Lab." Do not send frames to the lab, as safety-certified labs carry all safety frames.

- **Complimentary side shields.** All safety frames come with side shields (built-in or removable) at no additional charge. For replacement side-shields, call Essilor at 800.386.4389.
- **Remakes on safety eyewear.** You can request a first-time remake from the network lab at no charge within six (6) months of the date of delivery for the reasons stated in the Lab section.
    - o Process the remake or redo as a lens-only order.
    - o Work with the lab for remake procedures to find out if you need to return the frame with the remake.
    - o Eyewear can be remade in the case of damage or quality issues with the frame at no cost as part of the manufacturer's product warranty.
    - o If a member wants to change a frame only, he or she is responsible for the cost to change the frame, and you'll handle it as a private pay transaction.
- **Emergency safety eyewear claims when using the lab network.** Use a CMS 1500 claim form with the applicable service codes to submit an Emergency Service claim. The member must qualify for emergency eyewear according to our standard Emergency Service lab policy.
    - o Indicate the word "SAFETY" at the top of the form and include a valid diagnosis code based on their prescription, so we pay you correctly.
    - o Fax the completed form to 866.293.7373.
- **Returns, exchanges and voids of safety eyewear.** Returns, exchanges and voids are not processed as part of the Safety Eyewear Program.
    - o The only exception is when the member cancels his or her order before the order is in the manufacturing process.
    - o In this case, follow our normal void process. Refer to the Lab Section for details.
- **In-office finishing and uncut lens ordering.** You cannot use in-office finishing or uncut lenses to fulfill a safety order.
- **Safety eyewear for other members.** You cannot order safety eyewear through our lab network for members who are using their routine vision plan. Please refer to our Client-specific Plan section for details on these groups.

## Safety Eyewear Program when NOT using EyeMed's lab network

- **Frame selection.** You must offer a frame selection of at least eight (8) ANSI-approved frames that meet the following criteria:

- Unisex or at least four (4) men's frames and four (4) women's frames
- Varied material types
- Varied eye sizes
- Manufactured at a safety-certified lab
- Displaying ANSI-required markings

- **Submitting claims for safety eyewear when using the lab of your choice.** Follow these steps to file claims:
  - Be sure to select the member record associated with the plan that includes the word "SAFETY" in the name.
  - File the claim through the **online claims system** or submit the claim using 837 inbound format.
- **Complimentary side shields and case.** Provide complimentary side-shields and a frame case with every safety eyewear purchase.

# Concorde ROTC Program

If you participate in providing ROTC/US Service Academy Optometric Screenings through Concorde Inc., you must follow the processes outlined in the program's Procedure Manual.

# Fallon Community Health Plan (FCHP)

- **Registration with MassHealth.** You must also be registered with MassHealth in order to provide services to their members.
- **Reimbursements for primary eye care plans.** FCHP's primary eye care plans follow this fee schedule.
- **Plan names.** In 2020, 2 Fallon member groups changed their names:
  - Plan ID 9847971 is Fallon Medicare Plus.
  - Plan ID 9847997 is Fallon Medicare Plus PRIMARY.
- **Refraction reimbursements – Mass Health and Navicare.** Members receive a separate reimbursement of $12.51 for refraction services performed during a comprehensive eye exam for members of Mass Health Routine (Group ID 9823253) and Navicare Routine (9823246) ONLY.
  - File the refraction claim on our online claims system. Select "Refraction" as a service provided when filing the exam claim.
    - If you need to file a hard copy claim, use CPT code 92015.
    - File the refraction claim at the same time as the eye exam claim.
- **Medical eye care services by ophthalmologists.** FCHP requires ophthalmologists to file claims for medical eye care services directly with them. Optometrists submit primary eye care claims to us using our standard claims submission process.

- o If an ophthalmologist provides the medical eye care services, submit the claim to Fallon instead of to us.
  - o The primary diagnosis code must be a medical diagnosis for the claim to be filed as primary eye care. Any claims with routine vision diagnosis codes will be processed as a comprehensive eye exam through us.
- **NaviCare Navigator.** FCHP offers 2 NaviCare programs: NaviCare HMO SNP, a Medicare Advantage Special Needs Plan, and NaviCare SCO, a Senior Care Options program.
  - o Members of these programs have access to a single point of contact, called a Navigator, to organize services and care. The Navigator can authorize services not normally covered under the benefit plan, including increased benefit allowances, coverage of non-covered items or eligibility extensions.
  - o When members use the service, the Navigator will contact you and explain the additional benefits. We'll reimburse you for the indicated services at no additional charge to the member.
  - o If the member is still eligible in our system, submit the claim online for all services. Your expected payment in the claims system will not include the additional services; we'll adjust your actual claim payment accordingly.
  - o If the member is no longer eligible for any services according to our system (preventing you from filing an online claim), please submit the claim to us in hard copy using a CMS 1500 form.

# Hawaii Medical Service Association (HMSA)

## Coordination of benefits policies

- **Refraction only claims** (only for groups that permit Coordination of Benefits). File refraction only claims in hard copy following the below process:
  - o Collect only the medical carrier's eye exam copay from the member, if applicable. Don't collect any exam copays that would apply under our plan.
  - o After payment is received from the medical carrier, you'll submit a CMS 1500 form with only the refraction code (leave the exam off) and attach a copy of the EOB from the primary payer showing that an exam was rendered. You'll be reimbursed your retail charge for the refraction up to the maximum exam reimbursement, and the member will be ineligible for eye exam benefits until the next benefit cycle.
  - o Submit hard copy claims via fax or mail:

86

EyeMed Vision Care/First American Administrators
PO Box 8504
Mason, OH 45040-7111

**Fax:** 866.293.7373

## Tax on eyewear
You should address any tax concerns and consequences with your accountant or tax attorney.

## HMSA COB process
- **Overview.** HMSA and EyeMed are teaming up to create a best in class member experience at the point of service with our provider community. This includes how COB for claims payment submissions are managed on behalf of the member. Below are details on how the COB process will work for HMSA vision members.
- **Determining primary coverage.** HMSA coordinates benefits for members covered by more than 1 health insurance plan. This means EyeMed might be a member's primary, secondary or tertiary vision coverage. This coverage can include exams, refractions or materials.
  - When determining which plan is primary, COB provisions are based on guidelines recommended by the National Association of Insurance Commissioners (NAIC).
  - The following guidelines apply when a member has more than 1 group health benefit plan:
    - The plan that covers the member as the subscriber or policyholder pays first.
    - If a child is covered under both parents' plans, the plan of the parent whose birthday is earlier in the calendar year, regardless of age, pays first. If both parents have the same birthday, the plan with the earlier effective date pays first.
    - If a member subscribes to more than 1 plan, the plan with the earlier effective date is primary.
    - When none of the general COB rules listed above apply, the coverage with the earliest continuous effective date pays first.
  - Use the online claims system to identify a member's coverage prior to submitting a claim for a member.
- **Claims filing for HMSA and another health insurance carrier.** If HMSA is determined primary, claim should be submitted via the online claims system or 837.
  - If HMSA is determined secondary, claim should be sent to the primary first. Then, submit a paper CMS-1500 form to EyeMed, including the explanation of payment from the primary insurance.
  - Refer to the Special Claims Processes section for more information.

87

- o The EyeMed benefit will be applied based on the EyeMed Allowable Charge minus what the primary insurance paid. Any EyeMed copays will be omitted during the coordination of benefits. Any applicable copay from the secondary plan will be reimbursed if the member is eligible for the benefit.
  - o For contact benefits, the EyeMed benefit will be applied based on the member's remaining responsibility after the primary insurance payments.
- **Claims filing for 2 HMSA plans.** If a member has 2 HMSA plans, the claim should be submitted via the online claims system or 837 for the primary HMSA plan. Then, submit a paper CMS-1500 form to EyeMed, including the explanation of payment for the primary claim to allow coordination between both HMSA plans.
  - o Refer to the Special Claims Processes section for more information.
  - o The EyeMed benefit on the secondary HMSA plan will be applied based on the EyeMed Allowable Charge minus what the primary insurance paid. Any applicable copay from the secondary plan will be reimbursed if the member is eligible for the benefit.

# HealthNow New York

- **Pediatric Vision Benefits additional pairs.** Members of HealthNow's Pediatric Vision Benefits plans can receive new glasses or contact lenses for ***any prescription change*** (with no limit on the number of pairs).
- **Coordination of care.** You must forward all pertinent information relating to the health care of a member to any of the member's providers for inclusion in the member's medical record, and to notify such providers of any significant change in the member's medical condition.

# Humana

**Humana medically necessary contact lenses**
- **Reimbursements for medically necessary contact lenses.** Contact lens fitting fee and materials are reimbursed on an invoice cost basis. The reimbursement covers the initial fitting and materials only.
- **Medically necessary contact lens benefits.** Humana Vision covers, in lieu of eyewear or elective contacts, <u>initial</u> fitting and medically necessary contact lens materials. This applies to all Humana Vision Insight, VCP, and Focus/Optimum/Advantage members.
- **Member out-of-pocket.** There's no copayment for the initial fitting and materials. You cannot charge the patient the difference between your retail charge for contact lens services and the amount Humana Vision reimburses for the initial fitting and materials.

88

- **Discounts on additional pairs of lenses.** The medically necessary contact lens benefit covers the first pair of lenses. Members may purchase additional or companion lenses at your usual and customary fee less a 20% discount, as applicable by state.
- **Minimum qualifications for eligibility.** Humana Vision members must meet the following criteria to be eligible for medically necessary contact lenses:
    - **Monocular aphakia or binocular aphakia** where the doctor certifies that contact lenses are medically necessary for safety and rehabilitation to a productive life
    - **Anisometropia** of greater than 3.00 diopters and asthenopia or diplopia, with spectacles
    - **High ametropia** of either +10D or -10D in any meridian
    - **Keratoconus** supported by medical record documentation consistent with a 2-line improvement of visual acuity with contact lenses as the treatment of choice
    - When **visual acuity cannot be corrected to 20/70** in the better eye except through the use of contact lenses (example: nystagmus and/or other ocular diseases or conditions that meet this criteria)
- **Exclusions**. Humana Vision's medically necessary contact lens benefits do not cover the following:
    - Patients with a history of corneal or elective refractive surgery (ie. LASIK, PRK, RK)
    - Plano lenses to change eye color cosmetically
    - Artistically painted lenses
    - Additional office visits associated with contact lens pathology
    - Contact lens modification, polishing or cleaning
    - Therapeutic or bandage lenses
- **Eligibility.** For the patient to be eligible for Medically Necessary Contact Lenses, they must be currently eligible for both exam and full contact lens benefits.
- **Pre-authorization.** You must obtain pre-authorization from Humana for these services.
    - Refer to the Submitting Claims section for the full process.
    - If a claim is filed without the **approved** Humana Authorization Notification, standard **or** premium fit will be paid at the provider's contracted rate and the provider MAY NOT balance bill the member.
- **Follow-up visits and diagnostic tests.** Submit claims for follow-up visits and diagnostic tests (e.g., corneal topography) to the patient's medical insurance.
- **Claims and prior authorization.** You must obtain prior authorization for Humana members to qualify for medically necessary contact lenses. Follow the process below:
    - Complete a [Humana Medically Necessary Contact Lens Prior Authorization Form](#).

89

- o Submit the form with a copy of the patient's Humana Vision ID card, a copy of the patient's complete medical records and the contact lens manufacturer's wholesale invoice or cost estimate to Humana Vision Utilization Management Department via fax to **866.685.2759**.
- o The Humana Vision Utilization Management Department will return the Authorization Notification form, indicating approval and reimbursement amounts and authorization number or denial to provider.
- o Order and dispense materials after receiving the returned Authorization Notification form.
- o After you receive approval and provide service to the member, submit the CMS 1500 form and a copy of the authorization approval:
  - via fax to: **866.293.7373**
  - via mail to:
    Humana Specialty Benefits
    PO Box 8504
    Mason, OH 45040

- **Codes.** Use the below codes to indicate the qualifying condition:*

| Service | Procedure or HCPC Code | Modifier | Expected Diagnosis |
|---|---|---|---|
| Medically Necessary Contact Lens Fitting (General) | 92310 | 22 | |
| Anisometropia | 92310 | 22 | H52.31 |
| Ametropia | 92310 | 22 | H52.0x, H52.1x |
| Keratoconus | 92072 | | H18.601—H18.629 |
| Contact lens fitting for aphakia, one eye (monocular) | 92311 | | H27.00—H27.03 |
| Contact lens fitting for aphakia, both eyes (binocular) | 92312 | | H27.00—H27.03 |
| Contact lens fitting, corneoscleral lens | 92313 | | H52.31, H52.0x, H52.1x, H18.601-H18.629, H27.00-H27.03 |
| Medically Necessary Contact Lens Materials (General) | V2599 | P2 | |
| —Contact Lens, GP, Spherical, Per Lens | V2510 | P2 | |
| —Contact Lens, GP, Toric, Per Lens | V2511 | P2 | |
| —Contact Lens, GP, Bifocal, Per Lens | V2512 | P2 | |
| —Contact Lens, GP, Extended Wear, Per Lens | V2513 | P2 | |
| —Contact Lens, Hydrophilic, Spherical, Per Lens | V2520 | P2 | |
| —Contact Lens, Hydrophilic, Toric, Per Lens | V2521 | P2 | |
| —Contact Lens, Hydrophilic, Bifocal, Per | V2522 | P2 | |

90

| Service | Procedure or HCPC Code | Modifier | Expected Diagnosis |
|---|---|---|---|
| Lens | | | |
| —Contact Lens, Hydrophilic, Extended Wear, Per Lens | V2523 | P2 | |
| —Contact Lens, GP, Scleral, Per Lens | V2531 | P2 | |
| —Contact Lens, Other Type | V2599 | P2 | |

*\*Submit 1 fit and up to 2 material codes (1 per eye) per claim with 1 date of service.*

- If a claim is filed without the **approved** Humana Authorization Notification, standard **or** premium fit will be paid at the provider's contracted rate and the provider MAY NOT balance bill the member.
- Claims for follow-up visits and diagnostic tests (e.g., corneal topography) should be submitted to the patient's medical insurance.

## Diabetic Eye Care Program available for most Humana Vision Insight members

- **Eligible members.** Humana Vision Insight members with diabetic services detailed on the Medical tab within the Online Claims Processing System.
- **Reimbursement.** Refer to the Diabetic Eye Care section of the provider manual for information about your reimbursements for these services.
- **Qualifying conditions.** Refer to the Diabetic Eye Care section of the provider manual for qualifying diagnostic codes.
- **Covered procedures.** Anyone with diabetes (based on standard Diabetic Eye Care diagnoses requirements) is eligible for the below additional services with no copay in addition to their standard routine vision benefits. Qualifying members can receive each service one time during the plan year.

| Procedure Code | Service | Diabetic Diagnosis |
|---|---|---|
| 92002 / 92012 | Comprehensive Exam | X |
| 92020* | Bilateral Gonioscopy | X |
| 92134* | GDX / OCT for retina | X |
| 92250 | Fundus photography (with interpretation and report) | X |
| 92201* / 92202* | Extended Ophthalmoscopy | X |
| 99212 | Focused-Straight Forward (Established) - Level 2 | X |
| 99213 | Expanded-Low Complexity - Level 3 | X |
| 99214 | Detailed-Moderate Complexity - Level 4 | X |
| 99215 | High Complexity - Level 5 | X |

*\*Covered for patients with diabetic diagnoses only*

- **Claims submission.** You'll file claims for these members through the Online Claims Processing System. Simply click the "Medical" tab on the Member Details screen to begin. Make sure to include the correct diagnosis code during the claims submission process.

**Hypertensive Eye Care Program available for Humana Inc. employees (Group 1011145 will be on ID card)**

- **Eligible members.** Additional benefits for hypertensive members (defined below) apply **only to Humana, Inc. employees**, not to other Humana members.
- **Reimbursements.** Refer to the Diabetic Eye Care section of the provider manual for information about your reimbursements for these services.
- **Qualifying conditions.** Employees of Humana, Inc. enrolled in the company's vision plan (group ID 1011145) are eligible for Hypertensive Eye Care benefits if they are diagnosed with hypertensive retinopathy, essential (primary) hypertension, abnormal blood pressure reading with or without hypertension diagnosis, or a non-specific low blood pressure reading (see below for corresponding ICD-10 codes).
  - I10 – I15
  - H35.031 – H35.039
- **Covered procedures.** Anyone with hypertension and/or diabetes (based on our standard Diabetic Eye Care diagnoses requirements) is eligible for the below additional services with no copay in addition to their standard routine vision benefits. Qualifying members can receive each service one time during the plan year.

| Procedure Code | Service | Diabetic Diagnosis | Hypertension Diagnosis |
|---|---|---|---|
| 92002 / 92012 | Comprehensive Exam | X | X |
| 92020 | Bilateral Gonioscopy | X | |
| 92134 | GDX / OCT for retina | X | |
| 92250 | Fundus photography (with interpretation and report) | X | X |
| 92201 / 92202 | Extended Ophthalmoscopy | X | |
| 99212 | Focused-Straight Forward (Established) - Level 2 | X | X |
| 99213 | Expanded-Low Complexity - Level 3 | X | X |
| 99214 | Detailed-Moderate Complexity - Level 4 | X | X |
| 99215 | High Complexity - Level 5 | X | X |

- **Claims submission.** You'll file claims for these members through the Online Claims Processing System. Simply click the "Medical" tab on the Member Details screen to begin. Make sure to include the correct diagnosis code during the claims submission process.

92

## TRICARE through Humana Military

Some EyeMed network providers are part of the optical network for TRICARE through Humana Military via an addendum to their current EyeMed provider contract and acceptance of the TRICARE fee schedule.

TRICARE providers are obligated to abide by the rules, procedures, policies and program requirements as specified in the TRICARE provider handbook and the TRICARE regulations and manual requirements related to the program. TRICARE regulations are available on the TRICARE website at Health.mil. Additional information is also available at [HumanaMilitary.com](HumanaMilitary.com).

"TRICARE" is a registered trademark of the Defense Health Agency (DHA). All rights reserved.

You agree to accept the rates and terms of payment specified in your agreement with EyeMed as payment for a covered service.

You'll use Humana Military's provider self-service to look up eligibility and file electronic claims.

Wisconsin Physicians Service (WPS), Humana Military's claims processing partner, pays claims for TRICARE services.

## Dual-eligible members

- **Medicare and Medicaid dual-eligible members.** Regulatory Requirements for Joint CMS/State sponsored Medicare-Medicaid Financial Alignment Demonstration or its successor ("Demonstration"). The Demonstration will provide for managed care plan coordination of both the Medicare and Medicaid benefits for those Medicare Advantage Members who are dually eligible for both and who enroll in a health benefits plan offered by Plan pursuant to the Demonstration ("Demonstration Members"). In addition to any other Medicare Advantage requirements, you agree that:
  - o Services will be provided in a culturally competent manner to all Demonstration Members, including those with limited English proficiency or reading skills, and diverse cultural and ethnic backgrounds.
  - o Your locations shall be accessible and able to accommodate the needs of Demonstration Members with disabilities per the Americans with Disabilities Act (ADA).
  - o Demonstration Members shall have zero cost share responsibility and Demonstration Members will not be held liable for same.

- ○ You agree to accept as payment in full for Covered Services rendered to Demonstration Members, the lesser of billed charges or EyeMed's rates set forth in your contract with EyeMed.

## Humana Select and Humana Medicare plans in Virginia

- **Virginia Medicaid Web Portal.** DMAS offers a web-based Internet option to access information regarding Medicaid or FAMIS member eligibility, claims status, payment status, service limits, service authorizations and electronic copies of remittance advices.
  - ○ Providers must register through the Virginia Medicaid Web Portal in order to access this information.
  - ○ If you have any questions regarding the Virginia Medicaid Web Portal, please contact the Xerox State Healthcare Web Portal Support Helpdesk, toll free, at 866.352.0496 from 8:00 a.m. to 5:00 p.m. Monday through Friday, except holidays.
  - ○ The MediCall audio response system provides similar information and can be accessed by calling 800.884.9730 or 800.772.9996. Both options are available at no cost to the provider.
  - ○ Providers may also access service authorization information including status via KEPRO's Provider Portal.
- **Copies of manuals.** DMAS publishes electronic and printable copies of its Provider Manuals and Medicaid Memoranda on the DMAS Web Portal.
  - ○ The Internet is the most efficient means to receive and review current provider information.
  - ○ If you do not have access to the Internet or would like a paper copy of a manual, you can order it by contacting Commonwealth-Martin at 804.780.0076. A fee will be charged for the printing and mailing of the manuals and manual updates that are requested.
- **"HELPLINE."** The "HELPLINE" is available to answer questions Monday through Friday from 8:00 a.m. to 5:00 p.m. Eastern time, except on holidays. The "HELPLINE" numbers are:
  - ○ 804.786.6273 Richmond area and out-of-state long distance
  - ○ 800.552.8627 All other areas (in-state, toll-free long distance)
  - ○ The "HELPLINE" is for provider use only. Please have your Medicaid Provider Identification Number available when you call.

# Johnson & Johnson

- **Paid-in-full annual supply of contact lenses.** Johnson & Johnson members receive a paid-in-full annual supply, as defined by the manufacturer's guidelines, of contact lenses manufactured/marketed by Johnson & Johnson.
  - ○ Reimbursement is 100% up to MSRP. Refer to the member's benefit for details.

- o MSRP 2020
- o Contact lens code modifier list

# Lahey Health (MA)

- **Referrals to Lahey Health facilities.** You must refer Lahey members who require referrals for additional treatment (for conditions such as glaucoma and cataracts) back to their hospital for additional medical care as needed.

# Los Angeles Airport Peace Officers Association (LAAPOA)

- **Covered plano sunglasses.** Members of the Los Angeles Airport Peace Officers Association (LAAPOA) plan have a benefit that covers 1 pair of sunglasses each plan year, including plano sunglasses.
  - o Members of **group ID 9680497** have a separate plan that covers non-tinted eyewear.
  - o The LAAPOA sun plan has no copay for lenses and a $100 frame allowance.
  - o This is the only exception to our normal policy, which excludes non-prescription glasses from benefits.

# North Atlantic States Carpenters

- **Routine plan.** Members of the North Atlantic States Carpenters can use their routine vision benefit for safety glasses OR contact lenses OR multi-focal glasses OR single vision glasses.
  - o **Group ID: 1035129 Subgroup ID: 1001** Legacy New England
  - o **Group ID: 1035130 Subgroup ID: 1001** Legacy New England Pensioners
  - o **Group ID: 1035133 Subgroup ID: 1001** Legacy Empire – use **Division codes –** Hours Active, Hours Albany Retiree, HRA Active and HRA Retiree
  - o **Group ID: 1035134 Subgroup ID: 1001** Legacy Empire Pensioners– use **Division codes –** Hours Active, Hours Albany Retiree, HRA Active and HRA Retiree
- **2nd pair plan. Single vision.** This single vision plan ONLY allows the member to receive **another pair of single vision glasses in lieu of a multi-focal pair. The member must have a multifocal diagnosis but prefer two single vision glasses in lieu of one multi-focal**. Members

95

who use their routine plan for single vision glasses can obtain a second pair of single vision eyewear using the secondary plan.

- o **Group ID: 1035131 Subgroup ID: 1001** Legacy New England
- o **Group ID: 1035132 Subgroup ID: 1001** Legacy New England Pensioners
- o **Group ID: 1035135 Subgroup ID: 1001** Legacy Empire– use **Division codes –** Hours Active, Hours Albany Retiree, HRA Active and HRA Retiree
- o **Group ID: 1035136 Subgroup ID: 1001** Legacy Empire Pensioners– use **Division codes –** Hours Active, Hours Albany Retiree, HRA Active and HRA Retiree

# Northern Michigan University

- **Safety eyewear.** Northern Michigan University lets members use their routine vision plan for safety eyewear.
  - o When filing these claims, use CPT codes for standard eyewear rather than for safety eyewear.
  - o Don't use the contracted lab network for safety eyewear under this plan.

# Priority Health

- **Routine benefits based on member diagnosis.** Priority Health determines whether services are covered by routine vision or medical benefits based on the member's diagnosis. If the member's primary diagnosis is 1 of the codes listed below, file the claim with us. Any other codes are considered medical, and you should file the claims directly with Priority Health.

| | |
|---|---|
| Hyperopia | H52.01 – H52.03 |
| Myopia | H52.10 – H52.13 |
| Astigmatism, unspecified | H52.201 – H52.209 |
| Regular astigmatism | H52.221 – H52.229 |
| Irregular astigmatism | H52.211 – H52.219 |
| Anisometropia | H52.31 |
| Aniseikonia | H52.32 |
| Presbyopia | H52.4 |
| Transient refractive change | H52.6 |
| Unspecified disorder of refraction and accommodation | H52.7 |
| Emmetropia | |

# Railroad Employees National Vision Plan

- **Safety eyewear.** Railroad Employees National Vision Plan allows members to use their routine vision plan for safety eyewear.
  - When filing these claims, use CPT codes for standard eyewear rather than for safety eyewear.
  - Don't use the contracted lab network for safety eyewear under this plan.
- **Post-cataract contact lenses.** Railroad Employees National Vision plan members may have a benefit for contact lenses after cataract surgery.
  - The benefit covers 1 paid-in-full contact lens per eye following surgery and is available once for every surgery the member has.
  - Submit a CMS 1500 form.
    - Write "Railroad Employees Post-Cat Plan" on the top of the form.
    - Put the date of the surgery on the claim form.

# SCAN Health Plan

- **CPT codes for diabetic retinopathy.** To allow for specific reporting of diabetic retinopathy, use these disease diagnosis codes for SCAN members:
  - CPT II 3072F for low risk for retinopathy (no evidence of retinopathy in the prior year)
  - CPT codes 92004, 92014, 92012 and 92002 or CPT II code 3072F for NO diabetic retinopathy

# Sentara Health Plans (VA and NC)

- **Safety eyewear.** Sentara allows members use their routine vision plan for safety eyewear.
  - When filing these claims, use CPT codes for standard eyewear rather than for safety eyewear.
  - Don't use the contracted lab network for safety eyewear under this plan; file the claim using a CMS 1500 form.

# State of Delaware

**Vision therapy benefits**

- **Covered services.** The State of Delaware vision plan includes benefits for vision therapy evaluation and therapy sessions as detailed in the following:

| Vision care service | Patient payment |
|---|---|
| Exam evaluation* – 1 every 12 months | $0 |
| Therapy sessions** – Up to 10 every 12 months | 25% of RETAIL |
| Exam evaluation* – 1 every 12 months | $0 |

*CPT Code 92060: Sensorimotor examination with multiple measurements of ocular derivation, with interpretation and report.
**CPT Code 92065: Orthoptic and/or pleoptic training, with continual medical direction and evaluation.

- **Qualifying conditions.** To qualify for vision therapy benefits, the member must meet 1 or more of the following conditions:

  - *Accommodative disorders*
    - Paresis of accommodation H52.54 – H525.29
    - Complete internal opthalmoplegia H525.11 – H525.19
    - Spasm of accommodation H52.531 – H52.539
  - *Amblyopia*
    - Strabismus amblyopia H53.031 – H53.039
    - Refractive amblyopia H53.021 – H53.029
  - Non-strabismic binocular disorders
    - Binocular vision disorder, unspecified H53.30
    - Suppression of binocular vision H53.34
    - Simultaneous visual perception without fusion H53.33
    - Fusion with defective stereopsis H53.32
    - Intermittent heterophoria, unspecified H50.30
    - Heterophoria, unspecified H50.40
    - Esophoria H50.51
    - Exophoria H50.52
    - Vertical hyperphoria H50.53
    - Cyclophoria H50.54
    - Alternating hyperphoria H50.55
    - Spasm of conjugate gaze H51.0
    - Convergence insufficiency or palsy H51.11
    - Convergence excess or spams H51.12
    - Anomalies of divergence H51.8
  - *Strabismus*
    - Monocular esotropia with other noncomitances H50.041 – H50.042
    - Alternating esotropia H50.05
    - Alternating esotropia with a pattern H50.06
    - Alternating esotropia with v pattern H50.07
    - Exotropia, unspecified H50.10
    - Monocular exotropia H50.111 – H50.112
    - Monocular exotropia w/ other noncomitances    H50.141 – H50.142
    - Alternating exotropia H50.15
    - Alternating exotropia w/ other noncomitances H50.18
    - Intermittent esotropia monocular H50.31 – H50.332
    - Intermittent esotropia alternating H50.32
    - Intermittent exotropia alternating H50.34
    - Hypertropia H50.21 – H50.22
    - Hypotropia H50.21 – H50.22
    - Cyclotropia H50.411 – H50.412
    - Monofixation syndrome H50.42
    - Accommodative component in esotropia H50.43

98

# Tufts Health Plan

- **Therapeutic and post-cataract reimbursements.** You'll be paid according to the Tufts Therapeutic benefits fee schedule for any claims for Therapeutic services, or materials after cataract surgery.
- **Primary eye care reimbursements.** Primary eye care plans follow the below fee schedules:
  - [Massachusetts](#)

**Tufts Health Plan primary eye care exceptions**
- **Routine vision and primary eye care by provider type.** The primary diagnosis codes submitted on the claim will determine whether the exam is paid under the member's routine vision care or primary eye care plan. Follow the guidelines below to ensure your claim is paid appropriately and quickly.

| Provider type | Primary diagnosis code* | Secondary diagnosis code* | Type of benefits | Claim filing process |
|---|---|---|---|---|
| Optometrist | Routine | Routine or Medical | Routine | Online Claims System |
| | Medical | Routine or Medical | Medical Eye Care | Online Claims System |
| Ophthalmologist | Routine | Routine or Medical | Routine | Online Claims System |
| | Medical | Routine or Medical | Medical | Tufts medical claim process |

*In most cases, if the member has a pre-existing high-risk medical condition, the primary diagnosis code will be for routine eye care. The medical condition would then be submitted as a secondary diagnosis code. If the member comes to you for treatment of complications or symptoms of a medical condition, or such symptoms prevent you from obtaining a quality refraction, the medical condition would be considered the primary diagnosis and the eye exam would be covered by the member's medical eye care benefits.*

- **Diagnosis code classifications by age.** Use the below as a guide for determining whether a condition is considered medical or routine under Tufts:

| ICD-10 Diagnosis Codes | Primary Diagnosis | Age 18 or under | Over age 19 |
|---|---|---|---|
| H53.0001 – H53.029 | Amblyopia | Medical | Routine |
| H50.000 – H50.008 | Esotropia | Medical | Routine |
| H50.10 – H50.18 | Exotropia | Medical | Routine |

- **Medical diagnosis codes.** If any of the below diagnoses are listed as the primary diagnosis, the claim will be paid as medical.

| ICD-10 Diagnosis Codes | Diagnosis |
|---|---|
| H26.0001 – H26.9 | Cataract |
| E11.9 – E10.8, E08.15 – E13.39, E08.311 | Diabetes |
| H40.0001 – H40.9 | Glaucoma |
| H35.031 – H35.039, H01.001 – H01.009, H43.811 – H53.819 | Other |

- o If you put a medical diagnosis code in the primary diagnosis field of the claim, we'll deny the claim.

## Medicare Preferred member therapeutic lens/post-cataract exception

- **Post-cataract eyewear.** Tufts Health Plan **Medicare Preferred** members are covered for one pair of standard eyeglasses or contact lenses if their prescription changes after cataract surgery.
  - o After cataract surgery, the plan covers only corrective lenses or frames without a lens implant (tints, anti-reflective coating, UV lenses or oversized lenses), and only when a treating physician deems it medically necessary.
  - o No prior authorization is required.
- **Eyewear in the event of prescription change.** These members are also covered for 1 pair of standard eyeglasses every year (includes standard frames and single-vision, bifocal or trifocal lenses) or contact lenses per prescription change for keratoconus, anisometropia (more than 3.0 diopters) or high myopia (more than 7.0 diopters). No prior authorization is required.
- **Filing claims for Tufts post-cataract eyewear.** File claims for this benefit online.

## Commercial member therapeutic/post-cataract lens benefits

- **Qualifying conditions.** Tufts Health Plan commercial member therapeutic/post-cataract lens is available for patients who have lost the natural lens of the eye, experienced vision loss or experienced a vision change. The member must be under the care of a physician for one of the qualifying conditions listed below.
  - o Aphakia
  - o Post-cataract surgery
  - o Additional conditions:
  - o Keratoconus
  - o Anisometropia (more than 3.0 diopters)
  - o High myopia (more than 7.0 diopters)
  - o Persistent epithelial defects
  - o Post-corneal-transplant perforations
  - o Aniridia
- **Covered benefits.** Members receive additional lens benefits if they meet a defined criterion that qualifies the eyewear as "therapeutic."
- **First-time therapeutic/post-cataract lens benefits.** The first time a Tufts Health Plan commercial member uses the therapeutic/post-cataract

100

lens benefit, there's no pre-authorization required. Complete and fax a CMS 1500 claim form to 866.293.7373.

- **Additional therapeutic/post-cataract lens benefits in a calendar year.** If a member wishes to use the therapeutic/post-cataract lens benefit for a second time in a calendar year, obtain prior authorization from Tufts Health Plan, unless the member is requesting the lens post-cataract surgery.
  - o To request pre-authorization, fax a letter of medical necessity to the Tufts Health Plan Pre-certification Department at 617.972.9409.
  - o If you receive approval for the benefit, complete a CMS 1500 claim form for the service and fax it with a copy of the pre-authorization letter from Tufts Health Plan to 866.293.7373.

### Vision therapy for Commercial members

- **Vision therapy benefits.** Tufts Health Plan Commercial members are eligible for vision therapy benefits up to a maximum of 30 visits per lifetime.
- **Claims submission.** For Tufts Health Plan, the vision therapy CPT code is 92065 and you can only submit 1 claim per visit. Fax the completed CMS 1500 claim form to 866.293.7373.

# Universal Forest Products (through Aetna Vision)

- **Safety eyewear.** Universal Forest Products allows members use their routine vision plan for safety eyewear.
  - o When filing these claims, use CPT codes for standard eyewear rather than for safety eyewear.
  - o Don't use the contracted lab network for safety eyewear under this plan.

# Xerox

- **Additional eyewear for children.** Kids under age 13 can receive a second pair of covered lenses during the benefit year if they experience a diopter change of + or - .50 or more.