LATHAM & WATKINS LLP
  Christopher S. Yates (CA 161273)
  Belinda S Lee (CA 199635)
  Ashley M. Bauer (CA 231626)
  Alicia R. Jovais (CA 296172)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415-391-0600
Facsimile: 415-395-8095
chris.yates@lw.com
belinda.lee@lw.com
ashley.bauer@lw.com
alicia.jovais@lw.com

*Attorneys for Defendant Luxottica of America Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ISHA FATHMATH, on behalf of herself and those similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ESSILORLUXOTTICA S.A., et al.,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-3626-JCS<br><br>**DEFENDANT LUXOTTICA OF AMERICA INC.'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Hon. Joseph C. Spero |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant Luxottica of America Inc., certifies that:

1. Luxottica of America Inc. is a wholly owned subsidiary of Luxottica Group S.P.A., which is an indirect wholly owned subsidiary of EssilorLuxottica S.A., a publicly traded company (traded on a foreign stock exchange).  No parent, subsidiary, or affiliate is traded on a U.S. stock exchange.

2. No other publicly held corporation owns 10% or more of Luxottica of America Inc.'s stock.

Dated:  August 18, 2023

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Christopher S. Yates
Christopher S. Yates
Belinda S Lee
Ashley M. Bauer
Alicia R. Jovais
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email: chris.yates@lw.com
   belinda.lee@lw.com
   ashley.bauer@lw.com
   alicia.jovais@lw.com

*Attorneys for Defendant Luxottica of America Inc.*