| | |
|---|---|
| Eva W. Cole (*pro hac vice*) <br> ewcole@winston.com <br> **WINSTON & STRAWN LLP** <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-6700 <br> Facsimile: (212) 294-4700 | Dana L. Cook-Milligan (SBN: 301340) <br> dlcook@winston.com <br> **WINSTON & STRAWN LLP** <br> 101 California Street, 34th Floor <br> San Francisco, CA 94111-5840 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 |
| Kevin B. Goldstein (*pro hac vice*) <br> kbgoldstein@winston.com <br> **WINSTON & STRAWN LLP** <br> 35 W. Wacker Drive <br> Chicago, IL 60601-9703 <br> Telephone: (312) 558-5600 <br> Facsimile: (312) 558-5700 | *Attorneys for Defendant Prada USA Corp.* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHA FATHMATH, on behalf of herself and those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ESSILORLUXOTTICA S.A., et al., <br><br> Defendants. | Case No. 3:23-cv-3626 <br><br> **ADR CERTIFICATION OF COUNSEL AND PARTIES** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" for the Northern District of California on the Court's ADR Internet site http://www.cand.uscourts.gov/adr;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 5, 2023                           /s/ *Frank Martinez*
                                                                Frank Martinez

                                                                On behalf of *Prada USA Corp.*

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from the above signatory which shall serve in lieu of their signature on the document.

/s/ <u>Dana L. Cook-Milligan</u><br>Dana L. Cook-Milligan

Counsel further certifies that counsel for Defendants have discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

**WINSTON & STRAWN LLP**

Dated: <u>October 5, 2023</u>

/s/ <u>Dana L. Cook-Milligan</u>
Dana L. Cook-Milligan

Attorneys for *Prada USA Corp.*