UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHA FATHMATH, on behalf of herself and those similarly situated,<br><br>　　　　　　　　　Plaintiff(s)<br>v.<br><br>ESSILORLUXOTTICA S.A., et al.,<br><br>　　　　　　　　　Defendant(s) | CASE No C 3:23-cv-3626-JD<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: October 5, 2023        /s/ Mike Mott on behalf of EssilorLuxottica America SAS (formerly Luxottica U.S. Holdings Corp.)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Party

Date: October 5, 2023        /s/ Belinda S Lee
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: October 5, 2023        /s/ Belinda S Lee
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert  rev. 1-15-2019*

**ATTORNEY ATTESTATION**

I, Belinda S Lee, attest that concurrence in the filing of this ADR Certification by Parties and Counsel, has been obtained from the signatory.

Executed this 5th day of October 2023, in San Francisco, California.

                                           */s/ Belinda S Lee*
                                           Belinda S Lee
                                           of LATHAM & WATKINS LLP