1  HILGERS GRABEN PLLC
   Michael Merriman, California Bar No. 234993
2  mmerriman@hilgersgraben.com
   655 West Broadway, Suite 900
3  San Diego, CA 92101
   Telephone: (619) 369-6232
4  Attorney for PLAINTIFF ISHA FATHMATH
   AND THE PROPOSED CLASS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| ISHA FATHMATH, on behalf of herself and those similarly situated, | Case No.  3:23-CV-3626 |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| ESSILORLUXOTTICA S.A., *et al.*, | |
| Defendants. | |

Plaintiff Isha Fathmath ("Plaintiff"), by her undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses without prejudice her claims against all Defendants.  No Defendant has served an answer or motion for summary judgment, so dismissal pursuant to Rule 41(a)(1)(A)(i) is proper.

WHEREFORE, Plaintiff hereby voluntarily dismisses without prejudice her claims against all Defendants.

| | |
|---|---|
| Date: January 23, 2024 | Respectfully submitted, |
| | ***/s/ Michael Merriman*** |
| | Michael Merriman |
| | HILGERS GRABEN PLLC |
| | 655 West Broadway, Suite 900 |
| | San Diego, CA 92101 |
| | Telephone: 619.369.6232 |
| | Email: mmerriman@hilgersgraben.com |
| | |
| | Alec Schultz |
| | HILGERS GRABEN PLLC |
| | 1221 Brickell Avenue, Suite 900 |
| | Miami, FL 33131 |
| | Telephone: 305.630.8304 |
| | Email: aschultz@hilgersgraben.com |
| | |
| | Hadyn Pettersen |
| | HILGERS GRABEN PLLC |
| | 1320 Lincoln Mall, Suite 200 |
| | Lincoln, NE 68508 |
| | Telephone: 402.356.5574 |
| | Email: hpettersen@hilgersgraben.com |
| | |
| | *Counsel for Plaintiff and the Proposed Class* |

## CERTIFICATE OF SEVICE

I hereby certify that the foregoing document was filed and served electronically, using the CM/ECF system, on all parties registered to receive notices.

*/s/ Michael Merriman*
Michael Merriman